Aaron Twersky, Esq.
Ilana Neufeld, Esq.
Twersky PLLC
747 Third Avenue, 32nd Floor
New York, New York 10017
(212) 425-0149
atwersky@twerskylaw.com
ineufeld@twerskylaw.com
*Attorney for Defendants/Counterclaim Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

------------------------------------------------------------------------------------x

**1735 JERSEY AVE LLC,**

                Plaintiff/Counterclaim Defendant,

-against-                                                                 Docket No.:
                                                                          3:24-cv-06168

**LUXE LIVING DESIGN, LLC**
**and CHAIM S. TREITEL,**                                                 **NOTICE OF**
                                                                          **APPEARANCE**

                Defendants/Counterclaim Plaintiffs.

------------------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for Defendants/Counterclaim Plaintiffs Luxe Living Design, LLC and Chaim S. Treitel, and that all papers filed in this proceeding should be served on the undersigned at the office address noted below.

Dated:  New York, New York
         July 22, 2024

                                            **TWERSKY PLLC**

                              By: _/s/ Aaron Twersky_____
                                  Aaron Twersky, Esq.
                                  747 Third Avenue, 32nd Floor
                                  New York, New York 10017
                                  (212) 425-0149
                                  atwersky@twerskylaw.com (e-mail)

                                  *Attorneys for Defendants/Counterclaim*
                                  *Plaintiffs Luxe Living Design, LLC and*
                                  *Chaim S. Treitel*

To:

Clerk of the Court (via ECF)

All Counsel (via ECF)