**The Law Office of Avram E. Frisch LLC**
1 University Plaza, Suite 119
Hackensack, NJ 07601
(201) 289-5352
Avram E. Frisch, Esq.
Attorney ID: 025652006
Attorneys for Defendant Luxe Living Design LLC and Chaim Treitel

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| 1735 JERSEY AVE LLC<br><br>Plaintiff,<br><br>- against -<br><br>LUXE LIVING DESIGN, LLC and Chaim Treitel<br><br>Defendant. | DOCKET NO. 3:24-cv-06168-MAS-TJB<br><br><u>Civil Action</u><br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE ABOVE NAMED COURT:

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance in the above entitled action on behalf of the Defendants Luxe Living Design LLC and Chaim Treitel and requests that copies of all notices, pleadings, and other papers be served upon him.

                                            THE LAW OFFICE OF AVRAM E. FRISCH LLC
                                            Attorneys for Defendant
                                            By: _____
                                                    Avram E. Frisch, Esq.

Dated: September 25, 2024