Aaron Twersky, Esq.
Ilana Neufeld, Esq.
**Twersky PLLC**
747 Third Avenue, 32nd Floor
New York, New York 10017
(212) 425-0149
atwersky@twerskylaw.com
ineufeld@twerskylaw.com

*- and -*

Avram E. Frisch, Esq.
**The Law Office of Avram E. Frisch LLC**
1 University Plaza, Suite 119
Hackensack, New Jersey 07601
(201) 289-5352
frischa@avifrischlaw.com
*Attorney for Defendants/Counterclaim Plaintiffs Luxe Living Design, LLC and Chaim S. Treitel*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------------------------------x

**1735 JERSEY AVE LLC,**

                Plaintiff/Counterclaim Defendant,

        -against-

**LUXE LIVING DESIGN, LLC
and CHAIM S. TREITEL,**

                Defendants/Counterclaim Plaintiffs.
---------------------------------------------------------------------------------x

**1735 JERSEY AVE LLC,**

                Plaintiff/Counterclaim Defendant,

        -against-

**LUXE LIVING DESIGN, LLC
and CHAIM S. TREITEL,**

                Defendants/Counterclaim Plaintiffs.
---------------------------------------------------------------------------------x

**EMERGENCY RELIEF REQUESTED**

Docket No.:
3:24-cv-06168

**ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Docket No.:
3:24-cv-06175

1

**THIS MATTER** having been brought before the Court by Defendants/Counterclaim Plaintiffs, through its counsel, by Order to Show Cause seeking a temporary restraining order and preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and L.Cv. R. 65.1, and upon the Declarations of Defendant Chaim S. Treitel and the Exhibits attached thereto, submitted herewith the Court having determined that good and sufficient reasons exist to proceed by way of Order to Show Cause, and for good cause shown.

**IT IS** on this _____ day of September, 2024,

**ORDERED** that the Plaintiff appear and show cause on the _____ day of _____, 2024, before the United States District Court for the District of New Jersey, Hon. Michael A. Shipp, at the United States District Court for the District of New Jersey, located at 402 East State Street, Trenton, New Jersey 08608, Room _____ at _____ o'clock, or as soon thereafter as counsel can be heard, why an Order should not be entered;

1. Pursuant to Fed. R. Civ. P R. 64 and R. 65 restoring the Defendants/Counterclaim Plaintiffs to full possession of the leased premises located at 1735 Jersey Avenue, North Brunswick, New Jersey, as defined in the Parties' Lease Agreement;

2. Prohibiting the Plaintiff from interfering with the possession of the leased premises during the course of this litigation;

3. Prohibiting the Plaintiff from interfering with the operation and use of the premises, including without limitation, cutting off any necessary utility access, blocking access to loading docks and/or parking lots, or other steps taken to interfere with Defendants' business at the premises;

4. Prohibiting the Plaintiff from engaging in any self-help to achieve an eviction;

5. Granting such other and further relief as the Court deems equitable and just.

And it is further **ORDERED** that:

1. Pending further hearing on this Order to Show Cause, Plaintiff is temporarily enjoined and restrained from:

    a. Interfering with the Defendants/Counterclaim Plaintiffs use and enjoyment of the leased premises located at 1735 Jersey Avenue, North Brunswick, New Jersey, as defined in the Parties' Lease Agreement;

    b. Harassing or threatening the Defendants/Counterclaim Plaintiffs in regard to the leased premises or the ongoing litigation;

    c. Taking any steps to terminate the tenancy of Defendants/Counterclaim Plaintiffs at the leased premises.

    d. Taking any measures or actions that impact Defendants/Counterclaim Plaintiffs use and enjoyment of the leased premises, including the cutting off of any necessary utility access or electricity, blocking access to loading docks and/or parking lots, obstructing exits and egress of the property, or any other steps taken to interfere with Defendants' business at the premises; and

    e. Ordering Plaintiffs to maintain the status quo by returning Defendants/Counterclaim Plaintiffs to full use of the premises located at 1735 Jersey Avenue, North Brunswick, New Jersey.

2. A copy of this Order to Show Cause, supporting affidavits, declarations or certifications, and Memorandum of Law submitted in support of this application, shall be served upon Plaintiff's counsel by ECF filing and e-mail.

3. Plaintiff shall file and serve a written response to this Order to Show Cause by _____, 2024. The Defendants/Counterclaim Plaintiffs must file and serve any written reply to the Plaintiff's opposition to the Order to Show Cause by _____, 2024.

4. If the Plaintiff does not file and serve opposition to this Order to Show Cause, the application will be decided on the papers on the return date and relief may be granted by default, provided that the Defendants file a proof of service and a proposed form of Order at least three days prior to the return date.

_____<br>
United States District Court Judge