**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| 1735 JERSEY AVE LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC, *et. al.*,<br><br>    Defendants/Counterclaim Plaintiffs. | Civil Action Nos. 24-6168 & 24-6175<br><br>**TEMPORARY RESTRAINING ORDER** |

This matter comes before the Court upon Defendants Luxe Living Design, LLC and Chaim S. Treitel's (collectively, "Defendants") motion for a temporary restraining order and preliminary injunction to be entered against Plaintiff 1735 Jersey Ave LLC ("Plaintiff").[1] (ECF No. 17.[2]) For the reasons stated on the record during the Court's September 27, 2024 telephone conference with the parties,

    **IT IS** on this 27th day of September 2024, **ORDERED** as follows:

1.  Defendants' motion for a temporary restraining order (ECF No. 17) is **GRANTED**.

2.  The temporary restraining order granted by the Court and set forth herein will only be in effect until next **Tuesday, October 1, 2024 at 6:00 PM** unless otherwise expressly extended by this Court in an Order prior to that time.

3.  Full possession of the leased premises located at 1735 Jersey Avenue, North Brunswick, New Jersey, as defined in the Parties' Lease Agreement, shall be restored

---

[1] Defendants characterized their motion in part as an order to show cause. (*See* Defs.' Moving Br. i, ECF No. 17-1.) The Court construes Defendants' motion simply as a motion for a temporary restraining order to maintain the status quo until such time as the Court can meet with the parties about their active dispute.

[2] All citations to the docket refer to filings in Civ. No. 24-6168.

to Defendants immediately upon entry of this Order. Full possession includes access to all necessary utilities, loading docks, parking lots, or other contracted to possession rights.

4. For the duration of the temporary restraining order, Plaintiff is prohibited from interfering with Defendants' possession and/or use of the leased premises.

5. The Court will conduct a settlement conference on **Tuesday, October 1, 2024 at 10:00 AM in Courtroom 5W in the Clarkson S. Fisher Federal Building, Trenton, New Jersey 08608.**

6. All Parties' must be in attendance, and those with full settlement authority for all parties must be present for the duration of the conference.

7. The Court waives Defendants' posting of a bond until after the settlement conference. The posting of such bond will be discussed at that time.

_____

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**