UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON                                                       **DATE:** SEMPTEMBER 27, 2024

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** SHANNAN GAGLIARDI

**TITLE OF CASE:**                                                        **DOCKET #** 3:24-CV-6168 (MAS) (TJB)
1735 JERSEY AVE LLC
   vs.
LUXE LIVING DESIGN, LLC et al
   DEFENDANT

**APPEARANCES:**
Jonathan Ozarow, Esq. for Plaintiff
Aaron Twersky and Avram Frisch, Esqs. for Defendants

**NATURE OF PROCEEDINGS:**
Telephone Motion Hearing held regarding Defendants' [17] Motion for Temporary Restraining Order.
ORDERED Defendants' Motion is GRANTED.
Settlement Conference to be scheduled.

Time Commenced:    3:35 PM
Time Adjourned:    4:08 PM
Total Time:           33 mins

                                                                          s/ James Balfour
                                                                          **DEPUTY CLERK**