

October 16, 2024

**<u>Via ECF</u>**

Hon. Justin T. Quinn, U.S.M.J.
District of New Jersey
402 E State Street
Trenton, New Jersey 08609

      Re:   *1735 Jersey Ave LLC v. Luxe Living Design, LLC*
             Case No. 3:24-cv-06175

            *1735 Jersey Ave LLC v. Luxe Living Design, LLC et al.*
             Case No. 3:24-cv-06168

Dear Judge Quinn,

      I am an attorney with the law firm of Twersky PLLC, counsel for Defendant Luxe Living Design, LLC ("Defendant" or "Tenant") in the captioned matter. I respectfully submit this letter in accordance with Your Honor's directives given on the telephone conferences on October 9 and 10, 2024, regarding the bond ordered to be posted in this matter.

      Following these calls, Defendant immediately spoke with a bond company and began to assemble the documents and financial items necessary to be reviewed. Unfortunately, due to Yom Kippur, which was October 11, 2024 – October 12, 2024, and Sukkot, which begins this afternoon, Defendant has been unable as of yet to confirm the bond and have it posted. Defendant has actively been working to finalize issuance of the Bond throughout this time. Accordingly, Defendant respectfully requests a one-week extension of time to have the bond posted, until October 23, 2024. Defendant also requests that the terms of the TRO be extended until that time.

      Thank you in advance for Your Honor's understanding.

                                                 Respectfully yours,

                                                 Aaron Twersky, Esq.

cc:    All Counsel (via ECF)

747 THIRD AVENUE • 32ND FLOOR • NEW YORK, NEW YORK 10017
TEL: 212-425-0149 • FAX: 212-355-5009 • WWW.TWERSKYLAW.COM