

October 31, 2024

**Via ECF**

Hon. Justin T. Quinn, U.S.M.J.
District of New Jersey
402 E State Street
Trenton, New Jersey 08609

                Re:   *1735 Jersey Ave LLC v. Luxe Living Design, LLC*
                        Case No. 3:24-cv-06175

                        *1735 Jersey Ave LLC v. Luxe Living Design, LLC et al.*
                        Case No. 3:24-cv-06168

Dear Judge Quinn,

      I am an attorney with the law firm of Twersky PLLC, counsel for Defendant Luxe Living Design, LLC ("Defendant" or "Tenant") in the captioned matter. I respectfully submit this letter to update the Court pursuant to Your Honor's directives given in the Text Order dated October 31, 2024, regarding the $350,000 bond ordered to be posted in this matter.

      The Text Order gave Defendant until "close of business today" to post the bond. Defendant has done everything needed and requested by the bond company and underwriter for the bond to be issued and posted, including paying the necessary premium and providing significant collateral to the underwriter. The underwriter has approved the issuance of the bond but has not yet provided the bond certificate. We anticipate the bond certificate will be issued imminently – either later tonight or tomorrow morning. We will file the bond as soon as it is received.

      Thank you in advance for Your Honor's understanding.

                                                                   Respectfully yours,

                                                                   Aaron Twersky, Esq.

cc:    All Counsel (via ECF)