

January 21, 2025

**<u>Via ECF</u>**

Hon. Justin T. Quinn, U.S.M.J.
District of New Jersey
402 E State Street
Trenton, New Jersey 08609

                         Re:    *1735 Jersey Ave LLC v. Luxe Living Design, LLC*
                                  Case No. 3:24-cv-06175
                                  *1735 Jersey Ave LLC v. Luxe Living Design, LLC et al.*
                                  Case No. 3:24-cv-06168

Dear Magistrate Judge Quinn,

       I am an attorney with the law firm of Twersky PLLC, counsel for Defendants Chaim Treitel and Luxe Living Design, LLC ("Defendant" or "Tenant") in the captioned matter. I submit this letter to respectfully request that the Text Order directing that "counsel and client representatives are directed to appear in Magistrate Judge Quinn's courtroom" on Monday, January 27, 2025, at 9:30 AM be held remotely instead of in person. See ECF No. 54.[1]

       Mr. Treitel will be out of state on Monday, January 27, 2025, on a pre-planned and scheduled vacation with his family, only returning home to New York/New Jersey on January 29, 2025. Accordingly, appearing remotely (by Zoom/Teams/Phone) will make it possible for him to appear while away. Additionally, my commute from Long Island, New York to the courthouse is approximately 2.5 hours long. Thus, any accommodation on behalf of myself to appear remotely is equally most appreciated. The Court has held remote Conferences in this matter in the past with no issue.

       Thank you in advance for Your Honor's understanding and courtesies.

                                                          Respectfully yours,

                                                          Aaron Twersky, Esq.

---

[1]     The Docket Entries noted in this letter are from Case No. 3:24-cv-06168.

747 Third Avenue • 32nd Floor • New York, New York 10017
Tel: 212-425-0149 • Fax: 212-355-5009 • www.twerskylaw.com