

## CLARK GULDIN
### ATTORNEYS AT LAW

jozarow@clarkguldin.com
*Reply to:* MONTCLAIR
*Direct Dial:* 973-604-3200

March 27, 2025

**VIA PACER**

Honorable Justin T. Quinn, U.S.M.J.
United States District Court
 for the District of New Jersey
402 East State Street
Trenton, NJ  08608

      Re:    *1735 Jersey Ave LLC v. Luxe Living Design, LLC, et al.*
                Case No. 3:24-cv-06168-MAS-JTQ

                *1735 Jersey Ave LLC v. Luxe Living Design, LLC*
                Civil Action No. 3:24-cv-06175-MAS-JTQ

Dear Magistrate Judge Quinn:

As you are aware, this firm represents Plaintiff, 1735 Jersey Ave LLC ("Landlord"), in the above-referenced actions. Please allow this to serve as Landlord's letter pursuant to Your Honor's January 30, 2025 text orders.[1] On March 20, 2025, the parties met in-person and endeavored in good faith to resolve this dispute or minimize the issues that remain in dispute, but were unable to reach resolution on any dispute.

Thank you for your attention to this matter.

Respectfully submitted,

Jonathan A. Ozarow

---

[1] Your Honor's Orders asked for a joint submission, but Defendants insisted on including information beyond which Your Honor sought and that was not factually accurate. Accordingly, a joint submission was not practical.