# TWERSKY PLLC

March 27, 2025

**Via ECF**

Hon. Justin T. Quinn, U.S.M.J.
District of New Jersey
402 E State Street
Trenton, New Jersey 08609

                Re:    *1735 Jersey Ave LLC v. Luxe Living Design, LLC*
                        Case No. 3:24-cv-06175
                        *1735 Jersey Ave LLC v. Luxe Living Design, LLC et al.*
                        Case No. 3:24-cv-06168

Dear Magistrate Judge Quinn,

      I am an attorney with the law firm of Twersky PLLC, counsel for Defendant Luxe Living Design, LLC ("Defendant" or "Tenant") in the captioned matter. I respectfully submit this letter pursuant to Your Honor's January 30, 2025 Text Order.[1]

      On March 20, 2025, the parties and their counsel met in-person for an extensive and in-depth settlement discussion, and tried in good faith to resolve this dispute. After producing detailed spreadsheets and documents showing Defendant's damages and discussing same at the meeting, Defendants made a global settlement proposal by email. Plaintiff was to review the proposal and respond to Defendant this week.

      However, Plaintiff never got back to Defendant. On Monday evening, March 24, 2025, I was informed by a new attorney that the Property was sold and a new landlord was taking over the Lease and was assigned Plaintiff's claims in this action. A consent order regarding this should be filed shortly. Due to these recent developments, I respectfully request an additional forty-five days to engage with the new landlord, to try to resolve this dispute without further litigation.

      Thank you in advance for Your Honor's understanding.

                                                  Respectfully yours,

                                                    Aaron Twersky, Esq.

---

[1] Though Your Honor requested the parties file a joint letter, counsel for Plaintiff felt it was not necessary to include information in the letter which counsel for Defendant felt was pertinent to inform the Court of. Therefore, Defendant is filing its own letter.

747 Third Avenue • 32nd Floor • New York, New York 10017
Tel: 212-425-0149 • Fax: 212-355-5009 • www.twerskylaw.com