

Mail: P. O. Box 5231, Princeton, NJ 08543-5231
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Tel (609) 896-3600  Fax (609) 896-1469

www.foxrothschild.com

R. JAMES KRAVITZ
Direct No:  609.895.3316
Email: RKravitz@FoxRothschild.com
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

March 27, 2025

**VIA ECF**
Hon. Justin T. Quinn, U.S.M.J.
United States District Court District of New Jersey
402 E. State Street
Trenton, New Jersey 08609

**Re:    1735 Jersey Ave LLC vs. Luxe Living Design, LLC**
       **Civil Action No.: 3:24-cv-06175-MAS-JTQ**

       **1735 Jesey Ave LLC vs. Luxe Living Design, LLC, et al.**
       **Civil Action No.: 3:24-cv-06168-MAS-JTQ**

Dear Judge Quinn:

   We represent PPREF/TP North Brunswick Industrial LLC ("PPREF"). PPREF purchased the property located at 1735 Jersey Avenue, North Brunswick, New Jersey, which includes the leasehold premises (the "Leasehold Premises") at issue in the above-referenced matters. The lease and the claims in both matters possessed by plaintiff 1735 Jersey Avenue LLC ("1735 Jersey Avenue") have been assigned to PPREF. I have provided copies of the deed and assignments to defendants' counsel.

   As a result of the above-described transaction, all parties have agreed to the submission and entry of the enclosed consent orders substituting PPREF for 1735 Jersey Avenue regarding 1735 Jersey Avenue's affirmative claims, pursuant to Rule 25(c), in both pending actions. The enclosed consent orders substitute PPRE in as plaintiff, with 1735 Jersey Avenue remaining as counterclaim defendant in Civil Action No. 3:24-cv-06168. If the enclosed meet with the Court's approval, the parties respectfully request that the same be executed and entered.

   The Court's courtesy and cooperation are greatly appreciated.

                                                        Respectfully submitted,

                                                        *R. James Kravitz*

                                                        R. James Kravitz, Esq.

cc:  All Counsel of Record (*via ECF*)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington