

Mary 27, 2025

**Via ECF**

Hon. Justin T. Quinn, U.S.M.J.
District of New Jersey
402 E State Street
Trenton, New Jersey 08609

        Re:    *PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC*
              Case No.: 3:24-cv-06175-MAS-JTQ
              *1735 Jersey Ave LLC and PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC, et al.*
              Case No.: 3:24-cv-06168-MAS-JTQ

Dear Magistrate Judge Quinn,

     I am an attorney with the law firm of Twersky PLLC, counsel for Defendant Luxe Living Design, LLC ("Defendant" or "Tenant") in the captioned matter. I respectfully submit this letter jointly with counsel for PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC ("Plaintiff"), R. James Kravitz, pursuant to Your Honor's March 28, 2025 Text Order. While a settlement has not yet been reached, Plaintiff and Defendant respectfully and jointly request a brief adjournment until June 4, 2025 to update the Court further.

     Thank you in advance for Your Honor's understanding.

                                                           Respectfully yours,

                                                           Aaron Twersky, Esq.