

Mail: P. O. Box 5231, Princeton, NJ 08543-5231
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Tel (609) 896-3600  Fax (609) 896-1469

www.foxrothschild.com

R. JAMES KRAVITZ
Direct No:  609.895.3316
Email: RKravitz@FoxRothschild.com
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

June 30, 2025

<u>**VIA ECF**</u>
Hon. Justin T. Quinn, U.S.M.J.
United States District Court District of New Jersey
402 E. State Street
Trenton, New Jersey 08609

**Re:** **PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC**
**Civil Action No.: 3:24-cv-06175-MAS-JTQ**

**1735 Jersey Ave LLC and PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC, et al.**
**<u>Civil Action No.: 3:24-cv-06168-MAS-JTQ</u>**

Dear Judge Quinn:

Pursuant to Your Honor's Text Orders, dated June 13, 2025, this joint letter is submitted by Plaintiff, PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC ("PPREF") and 1735 Jersey Ave LLC ("1735 Jersey Ave").  Counsel for Luxe Living Design, LLC ("Luxe Living") declined to review or approve this letter, despite repeated requests. This letter is intended to supplement the Joint Status Letter, dated June 4, 2025. *See* ECF Nos. 66 and 68. Efforts to settle the case were unsuccessful.  The parties remain far apart. We believe that it will be beneficial to move forward with discovery.

Respectfully Submitted,

**FOX ROTHSCHILD LLP**

*Attorneys for PPREF/TP North Brunswick Industrial LLC,*
*as assignee of 1735 Jersey Ave LLC*


By: <u>*s/ R. James Kravitz*</u>
R. James Kravitz, Esq.


**(APPROVED AND AGREED)**



Hon. Justin T. Quinn, U.S.M.J.
United States District Court
June 30, 2025
Page 2


**CLARK GULDIN ATTORNEYS AT LAW**
*Attorneys for 1735 Jersey Ave LLC*


By:     *s/ Jonathan Ozarow*
        Jonathan A. Ozarow, Esq.