

July 1, 2025

<u>Via ECF</u>

Hon. Justin T. Quinn, U.S.M.J.
District of New Jersey
402 E State Street
Trenton, New Jersey 08609

          Re:    *PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC v. Luxe Living Design, LLC*
                Case No. 3:24-cv-06175

                *1735 Jersey Ave LLC and PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC v. Luxe Living Design, LLC et al.*
                Case No. 3:24-cv-06168

Dear Magistrate Judge Quinn,

      I am an attorney with the law firm of Twersky PLLC, counsel for Defendant Luxe Living Design, LLC ("Defendant" or "Tenant") in the captioned matter. I respectfully submit this letter in response to the letter filed by PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC ("PPREF") and 1735 Jersey Ave LLC ("1735 Jersey Ave") on June 30, 2025 (D.E. 68) and to correct the record.

      I, as counsel for Defendant, did not "decline[] to review or approve this letter." *See* Letter, D.E. 68. Rather, Your Honor's Text Order, dated June 13, 2025, directed the parties "to continue their settlement discussions and, by July 14, 2025, file a joint letter advising the Court of the status of those discussions." *See* Text Order, D.E. 67. Because the Court's deadline for the filing of a new status letter *is not for another two weeks*, Defendant is still hoping to continue further settlement negotiations, in order to possibly settle this matter. I informed PPREF's counsel of our intention of continuing settlement discussions, and suggested we wait to file an update to the Court. However, PPREF's counsel insisted on filing the Letter on June 30, 2025.

      Thank you in advance for Your Honor's understanding.

                                                  Respectfully yours,

                                                  Aaron Twersky, Esq.

747 Third Avenue • 32nd Floor • New York, New York 10017
Tel: 212-425-0149 • Fax: 212-355-5009 • www.twerskylaw.com