**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
BY:   R. James Kravitz
         Brittany M. Barbet
212 Carnegie Center, Suite 400
Princeton, NJ 08540
(609) 896-3600
*Attorneys for PPREF/TP North Brunswick Industrial LLC as assignee of 1735 Jersey Ave LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| 1735 JERSEY AVE LLC, and PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC and CHAIM S. TREITEL<br><br>Defendants. | Civil Action No.: 3:24-cv-06168 (MAS) (JTQ) |

**PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance as counsel for PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC, in the above-captioned matter.

                                      **FOX ROTHSCHILD LLP**
                                      *Attorneys for Plaintiff*
                                      *PPREF/TP North Brunswick Industrial LLC*
                                      *as assignee of 1735 Jersey Ave LLC*

                                      By: /s/ *Brittany M. Barbet*
                                              Brittany M. Barbet

DATED: August 19, 2025