# TWERSKY PLLC

October 3, 2025

**<u>Via ECF</u>**

Hon. Justin T. Quinn, U.S.M.J.
District of New Jersey
402 E State Street
Trenton, New Jersey 08609

           Re:    *PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC*
                  **Case No.: 3:24-cv-06175-MAS-JTQ**
                  *1735 Jersey Ave LLC and PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC, et al.*
                  **Case No.: 3:24-cv-06168-MAS-JTQ**

Dear Magistrate Judge Quinn,

      I am an attorney with the law firm of Twersky PLLC, counsel for Defendants Luxe Living Design, LLC and Chaim S. Treitel ("Defendants" or "Tenant") in the captioned matter. I respectfully submit this letter to request a two-week extension of time to update the Court regarding discovery in this matter, from October 3, 2025 to October 17, 2025. *See* D.E. 82; *see also* D.E. 79.

      The reason for this request is due to the office closures for the holidays of Rosh Hashana, which began on the evening September 22, 2205 and concluded on the evening of September 24, 2025; Yom Kippur, which began on the evening of October 1, 2025 and concluded on the evening of October 2, 2025; as well as Sukkot and Shemini Atzert/Simchat Torah, which begins on the evening of October 6, 2025 and concludes the evening of October 15, 2025.

      Counsel for Plaintiff PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC and counsel for Counterclaim Defendant 1735 Jersey Ave LLC both consent to this request.

      Thank you in advance for Your Honor's understanding.

                                                                      Respectfully yours,

                                                                    Aaron Twersky, Esq.

747 THIRD AVENUE • 32ND FLOOR • NEW YORK, NEW YORK 10017
TEL: 212-425-0149 • FAX: 212-355-5009 • WWW.TWERSKYLAW.COM