# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC,<br><br>Defendant. | Civil Action No.: 3:24-cv-06175-MAS-JTQ |
| 1735 JERSEY AVE LLC, and PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC<br><br>Plaintiffs,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC and CHAIM S. TREITEL,<br><br>Defendants | Civil Action No.: 3:24-cv-06168-MAS-JTQ |

**PLAINTIFF PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC**
**NOTICE OF DEPOSITION OF LUXE LIVING DESIGN, LLC**

Please take notice that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure

and the applicable Local Civil Rules of the United States District Court for the District of New

Jersey, Plaintiff PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC

("Plaintiff"), by and through its counsel, Fox Rothschild LLP, will take the deposition upon oral

examination of Defendant Luxe Living Design, LLC ("Luxe Living") on December 22, 2025, at

10:00 a.m., at the offices of Fox Rothschild LLP, 212 Carnegie Center, Suite 400, Princeton, NJ

178793344.1

08540. The deposition will be recorded by stenographic means. The deposition will be taken for the purposes of discovery, for use at trial in these actions, and for any purposes permitted under the Federal Rules of Civil Procedure.

Pursuant to Federal Rules of Civil Procedure 30(b)(6), Luxe Living shall designate one or more knowledgeable persons to testify on its behalf with respect to the matters set forth in the Schedule A attached hereto, and the person(s) so designated shall be required to testify as to those matters known or reasonably available to Luxe Living. Luxe Living shall identify in writing each deponent who shall be designated to testify on its behalf at least five (5) business days in advance of the deposition, including which portion(s) of the Schedule A each deponent is prepared to address.

This deposition scheduled above shall continue from day to day until completed before a certified court reporter authorized by law to administer oaths.

**FOX ROTHSCHILD LLP**
*Attorneys for Plaintiff*
*PPREF/TP North Brunswick Industrial LLC*

Dated: November 17, 2025

By:    *s/ R. James Kravitz*
R. James Kravitz
212 Carnegie Center Suite 400
Princeton, NJ 08540
Tel.: 609-896-3600
Email: rkravitz@foxrothschild.com

178793344.1

2

**SCHEDULE A**

**DEPOSITION TOPICS**

**Topic No. 1**: The organizational structure of Luxe Living and its affiliates, including ES Signature Event Rent.

**Topic No. 2**: The Warehouse Lease, dated October 23, 2023, by and between 1735 Jersey Ave LLC and Luxe Living Design, LLC (the "Warehouse Lease").

**Topic No. 3**: The commencement date of the Warehouse Lease and move in date into the property located at 1735 Jersey Ave, North Brunswick, New Jersey (the "New Jersey Warehouse")

**Topic No. 4**: The New Jersey Warehouse leaks and damage to the roof, including but not limited to the repairs to the roof and property and any inspections of the roof and/or property.

**Topic No. 5**: The alleged lockout.

**Topic No. 6**: Luxe Living's communications with 1735 Jersey Ave LLC, including any alleged misrepresentations.

**Topic No. 7**: The impact of the alleged roof leaks on Luxe Living's use of the New Jersey Warehouse.

**Topic No. 8**: The space lease and/or subleased by ES Signature Event Rent in Brooklyn, NY (the "Brooklyn Warehouse"), including but not limited to the transfer of inventory, equipment, and property from the Brooklyn Warehouse to the New Jersey Warehouse.

**Topic No. 9**: Luxe Living's alleged damages.

**Topic No. 10**: Sums due under the Warehouse Lease and payments made by Luxe Living.

**Topic No. 11**: Luxe Living's accounting and financial records and systems, including inventory tracking.

**Topic No. 12**: Luxe Living's responses to discovery in this action and efforts to locate documents.

178793344.1

3

**Topic No. 14**: The claims and defenses in this action.

## CERTIFICATION OF SERVICE

I hereby certify that on this 17 day of November 2025, a true and accurate copy of Plaintiff PPREF/TP North Brunswick Industrial LLC's Notice of Deposition was sent via email to all counsel of record.

Dated: November 17, 2025                          *s/ R. James Kravitz*
                                                   R. James Kravitz

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC,<br><br>Defendant. | Civil Action No.: 3:24-cv-06175-MAS-JTQ |
| 1735 JERSEY AVE LLC, and PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC<br><br>Plaintiffs,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC and CHAIM S. TREITEL,<br><br>Defendants | Civil Action No.: 3:24-cv-06168-MAS-JTQ |

**PLAINTIFF PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, AS ASSIGNEE OF 1735 JERSEY AVE LLC'S NOTICE OF DEPOSITION OF CHAIM S. TREITEL**

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and the applicable Local Civil Rules of the United States District Court for the District of New Jersey, Plaintiff PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC ("Plaintiff"), by and through its counsel, Fox Rothschild LLP, will take the deposition upon oral examination of Defendant Chaim S. Treitel on December 4, 2025, at 10:00 a.m., at the offices of Fox Rothschild LLP, 212 Carnegie Center, Suite 400, Princeton, NJ 08540. The deposition will be

178794199.1

recorded by stenographic means. The deposition will be taken for the purposes of discovery, for use at trial in these actions, and for any purposes permitted under the Federal Rules of Civil Procedure.

This deposition scheduled above shall continue from day to day until completed before a certified court reporter authorized by law to administer oaths.

**FOX ROTHSCHILD LLP**
*Attorneys for Plaintiff*
*PPREF/TP North Brunswick Industrial LLC*

Dated: November 17, 2025

By:     <u>s/ R. James Kravitz</u>
        R. James Kravitz
        212 Carnegie Center Suite 400
        Princeton, NJ 08540
        Tel.: 609-896-3600
        Email: rkravitz@foxrothschild.com

178794199.1

2

## CERTIFICATION OF SERVICE

I hereby certify that on this 17th day of November 2025, a true and accurate copy of Plaintiff PPREF/TP North Brunswick Industrial LLC's Notice of Deposition was sent via email to all counsel of record.

Dated: November 17, 2025                                   *s/ R. James Kravitz*
                                                           R. James Kravitz

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC,<br><br>Defendant. | Civil Action No.: 3:24-cv-06175-MAS-JTQ |
| 1735 JERSEY AVE LLC, and PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC<br><br>Plaintiffs,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC and CHAIM S. TREITEL,<br><br>Defendants | Civil Action No.: 3:24-cv-06168-MAS-JTQ |

**PLAINTIFF PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, AS ASSIGNEE OF 1735 JERSEY AVE LLC'S NOTICE OF DEPOSITION OF SHERZOD TURDIEV**

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and the applicable Local Civil Rules of the United States District Court for the District of New Jersey, Plaintiff PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC ("Plaintiff"), by and through its counsel, Fox Rothschild LLP, will take the deposition upon oral examination of Sherzod Turdiev on December 15, 2025 at 10:00 a.m., at the offices of Fox Rothschild LLP, 212 Carnegie Center, Suite 400, Princeton, NJ 08540. The deposition will be

179149011.1

1

recorded by stenographic means. The deposition will be taken for the purposes of discovery, for use at trial in these actions, and for any purposes permitted under the Federal Rules of Civil Procedure.

This deposition scheduled above shall continue from day to day until completed before a certified court reporter authorized by law to administer oaths.

**FOX ROTHSCHILD LLP**
*Attorneys for Plaintiff*
*PPREF/TP North Brunswick Industrial LLC*

Dated: November 17, 2025                    By:    *s/ R. James Kravitz*
                                                         R. James Kravitz
                                                         212 Carnegie Center Suite 400
                                                         Princeton, NJ 08540
                                                         Tel.: 609-896-3600
                                                         Email: rkravitz@foxrothschild.com

179149011.1

2

## CERTIFICATION OF SERVICE

I hereby certify that on this 17th day of November 2025, a true and accurate copy of Plaintiff PPREF/TP North Brunswick Industrial LLC's Notice of Deposition was sent via email to all counsel of record.

Dated: November 17, 2025                           *s/ R. James Kravitz*
                                                    R. James Kravitz