# EXHIBIT 9

| | |
|---|---|
| **From:** | Kravitz, R. James |
| **Sent:** | Tuesday, November 25, 2025 9:22 AM |
| **To:** | Ilana Neufeld; Aaron Twersky |
| **Cc:** | Barbet, Brittany M.; Penina Gershbaum; Jonathan Ozarow |
| **Subject:** | RE: PPREF/TP North Brunswick Industrial/1735 Jersey Ave/Luxe Living |

Where are we with regard to dates for Chaim's deposition?

### R. James Kravitz
**Partner**

**Fox Rothschild LLP**

- Princeton
- (609) 895-3316
- (215) 530-1857
- rkravitz@foxrothschild.com

Certified Civil Trial Attorney, Supreme Court of New Jersey

---

**From:** Kravitz, R. James
**Sent:** Friday, November 21, 2025 4:10 PM
**To:** Ilana Neufeld <ineufeld@twerskylaw.com>
**Cc:** Aaron Twersky <atwersky@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Penina Gershbaum <pgershbaum@twerskylaw.com>; Jonathan Ozarow <jozarow@clarkguldin.com>
**Subject:** RE: PPREF/TP North Brunswick Industrial/1735 Jersey Ave/Luxe Living

Ilana,

I am ok with the updated response to the discovery per the meet and confer and the court ordered response both being provided on 12/5. In light of your client's continued failure to pay full rent and the security deposit, we have no choice but to push the case forward. I also need dates for Mr. Treitel's deposition. Thank you and have a nice weekend.

### R. James Kravitz
**Partner**

**Fox Rothschild LLP**

- Princeton
- (609) 895-3316
- (215) 530-1857
- rkravitz@foxrothschild.com

Certified Civil Trial Attorney, Supreme Court of New Jersey

**From:** Ilana Neufeld <ineufeld@twerskylaw.com>
**Sent:** Friday, November 21, 2025 3:09 PM
**To:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Cc:** Aaron Twersky <atwersky@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Penina Gershbaum <pgershbaum@twerskylaw.com>
**Subject:** [EXT] Re: PPREF/TP North Brunswick Industrial/1735 Jersey Ave/Luxe Living

Jim,

Can we agree to December 5 for the court ordered responses, and December 19 for responses to your interrogatories and RFP's?
Much of the documents will likely be overlapping and we will endeavor to get you everything promptly.
Please confirm.

Thank you,

Ilana

Ilana Neufeld, Esq.
(212) 425-0149
ineufeld@twerskylaw.com



747 Third Avenue, 32nd Floor
New York, New York 10017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential
information that is privileged or that constitutes attorney work product. If you are not the
intended recipient, you are hereby notified that any dissemination, distribution or copying of this
e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error,
please immediately notify the sender by replying to this e-mail and delete the message and any
attachment(s) from your system. Thank you.
============================================================================
```

**From:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Sent:** Friday, November 21, 2025 2:09 PM
**To:** Ilana Neufeld <ineufeld@twerskylaw.com>
**Cc:** Aaron Twersky <atwersky@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Penina Gershbaum <pgershbaum@twerskylaw.com>
**Subject:** RE: PPREF/TP North Brunswick Industrial/1735 Jersey Ave/Luxe Living


Illana,

We are willing to agree on an extension if I have a firm commitment on when the interrogatories and RFPs that I discussed with Aaron will be supplemented and which ones (I believe only 2) you are not supplementing.

2

## R. James Kravitz
**Partner**

**Fox Rothschild LLP**

- Princeton
- (609) 895-3316
- (215) 530-1857
- rkravitz@foxrothschild.com

Certified Civil Trial Attorney, Supreme Court of New Jersey

---

**From:** Ilana Neufeld <ineufeld@twerskylaw.com>
**Sent:** Friday, November 21, 2025 12:39 PM
**To:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Cc:** Aaron Twersky <atwersky@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Penina Gershbaum <pgershbaum@twerskylaw.com>
**Subject:** [EXT] Re: PPREF/TP North Brunswick Industrial/1735 Jersey Ave/Luxe Living

Jim,

Following up on your meet and confer with Aaron yesterday, we are gathering further documents in response to your letter.
As Aaron explained, it may take some time so we would like to ask for an extension of time from the Court to respond to your letter.
Do you consent to extending our time to December 5?
Please confirm and we will note your consent in our letter to the Court.

Thank you,

Ilana

Ilana Neufeld, Esq.
(212) 425-0149
ineufeld@twerskylaw.com



747 Third Avenue, 32nd Floor
New York, New York 10017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any

```
attachment(s) from your system. Thank you.
===========================================================================
```

**From:** Ilana Neufeld <ineufeld@twerskylaw.com>
**Sent:** Wednesday, November 19, 2025 2:30 PM
**To:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** [EXT] Re: PPREF/TP North Brunswick Industrial/1735 Jersey Ave/Luxe Living

Great, please call Aaron then.

Thank you.

Ilana Neufeld, Esq.

(212) 425-0149

ineufeld@twerskylaw.com



747 Third Avenue, 32nd Floor

New York, New York 10017

```
****************************************************************************
```
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
```
****************************************************************************
NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential
information that is privileged or that constitutes attorney work product. If you are not the
intended recipient, you are hereby notified that any dissemination, distribution or copying of this
e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error,
please immediately notify the sender by replying to this e-mail and delete the message and any
attachment(s) from your system. Thank you.
===========================================================================
```

**From:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Sent:** Wednesday, November 19, 2025 2:25 PM
**To:** Ilana Neufeld <ineufeld@twerskylaw.com>
**Subject:** RE: PPREF/TP North Brunswick Industrial/1735 Jersey Ave/Luxe Living

Yes.

### R. James Kravitz
**Partner**

**Fox Rothschild LLP**

📍 Princeton
📞 (609) 895-3316
📱 (215) 530-1857
✉ rkravitz@foxrothschild.com

Certified Civil Trial Attorney, Supreme Court of New Jersey

---

**From:** Ilana Neufeld <ineufeld@twerskylaw.com>
**Sent:** Wednesday, November 19, 2025 2:24 PM
**To:** Kravitz, R. James <RKravitz@foxrothschild.com>; Aaron Twersky <atwersky@twerskylaw.com>
**Cc:** frischa@avifrischlaw.com; Penina Gershbaum <pgershbaum@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>
**Subject:** [EXT] Re: PPREF/TP North Brunswick Industrial/1735 Jersey Ave/Luxe Living

Sure, does Thursday at 1:30 pm work for you?

Please confirm.

Thank you,

Ilana

Ilana Neufeld, Esq.

(212) 425-0149

ineufeld@twerskylaw.com



747 Third Avenue, 32nd Floor

New York, New York 10017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential
information that is privileged or that constitutes attorney work product. If you are not the
intended recipient, you are hereby notified that any dissemination, distribution or copying of this
e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error,
please immediately notify the sender by replying to this e-mail and delete the message and any
attachment(s) from your system. Thank you.
===========================================================================
```

**From:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Sent:** Tuesday, November 18, 2025 7:40 PM
**To:** Aaron Twersky <atwersky@twerskylaw.com>
**Cc:** frischa@avifrischlaw.com <frischa@avifrischlaw.com>; Ilana Neufeld <ineufeld@twerskylaw.com>; Penina Gershbaum <pgershbaum@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>
**Subject:** RE: PPREF/TP North Brunswick Industrial/1735 Jersey Ave/Luxe Living

How about Thursday afternoon?

### R. James Kravitz
**Partner**

**Fox Rothschild LLP**

📍 Princeton
📞 (609) 895-3316
📱 (215) 530-1857
✉ rkravitz@foxrothschild.com

Certified Civil Trial Attorney, Supreme Court of New Jersey

From: Aaron Twersky <atwersky@twerskylaw.com>
Sent: Tuesday, November 18, 2025 5:36 PM
To: Barbet, Brittany M. <bbarbet@foxrothschild.com>; Kravitz, R. James <RKravitz@foxrothschild.com>
Cc: frischa@avifrischlaw.com; Ilana Neufeld <ineufeld@twerskylaw.com>; Penina Gershbaum <pgershbaum@twerskylaw.com>
Subject: [EXT] Re: PPREF/TP North Brunswick Industrial/1735 Jersey Ave/Luxe Living

Jim,

I would like to schedule a meet and confer to review your recent letter(s) relating to your discovery demands.

Please let me know when you are available.

AT

---

Aaron Twersky, Esq.
(212) 425-0149 (Office)

(917) 992-0657 (Cell)

atwersky@twerskylaw.com



**747 Third Avenue, 32nd Floor**

**New York, New York 10017**

```
**************************************************************************
```
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
```
**************************************************************************
```

Long Island Office:

366 Pearsall Avenue, Suite 1
Cedarhurst, New York 11516

```
NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential
information that is privileged or that constitutes attorney work product. If you are not the
intended recipient, you are hereby notified that any dissemination, distribution or copying of this
```

```
e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error,
please immediately notify the sender by replying to this e-mail and delete the message and any
attachment(s) from your system. Thank you.
==============================================================================
```

**From:** Barbet, Brittany M. <bbarbet@foxrothschild.com>
**Sent:** Tuesday, November 4, 2025 10:05 AM
**To:** Aaron Twersky <atwersky@twerskylaw.com>; Ilana Neufeld <ineufeld@twerskylaw.com>
**Cc:** Jonathan Ozarow <jozarow@clarkguldin.com>; Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** PPREF/TP North Brunswick Industrial/1735 Jersey Ave/Luxe Living

Counsel,

Please see attached correspondence regarding Defendants' discovery responses.

Thank you,

Brittany



**Brittany M. Barbet**
Associate

📞 (609) 896-7651
✉ bbarbet@foxrothschild.com

📍 212 Carnegie Center
Suite 400
Princeton, NJ 08540

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.