# EXHIBIT 10



Mail: P. O. Box 5231, Princeton, NJ 08543-5231
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Tel (609) 896-3600  Fax (609) 896-1469

www.foxrothschild.com

R. JAMES KRAVITZ
Direct No:  609.895.3316
Email: RKravitz@FoxRothschild.com
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

December 2, 2025

**<u>VIA EMAIL ONLY</u>**
Aaron Twersky, Esq.
Twersky PLLC
747 Third Avenue, 32nd Floor
New York, NY 10017
*atwersky@twerskylaw.com*

**Re:   PPREF/TP North Brunswick Industrial LLC ("PPREF"), as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC**
**<u>Civil Action No.: 3:24-cv-06175-MAS-JTQ</u>**

**1735 Jersey Ave LLC and PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC, et al.**
**<u>Civil Action No.: 3:24-cv-06168-MAS-JTQ</u>**

Dear Mr. Twersky:

As you are aware, on November 17, 2025, we served you with deposition notices for Chaim Treitel, Sherzod Turdiev, and the corporate representative of Luxe Living Design, LLC. You advised us that these witnesses were unavailable on the dates in the notices, and that you would provide alternate dates. To date, however, we have not received any alternative dates for these witnesses. Accordingly, we are adjourning the depositions. Please provide new dates for the depositions of Mr. Treitel, Sherzod Turdiev, and the corporate representative of Luxe Living as soon as possible. As we have requested dates multiple times, if we do not hear back from you by the close of business on Friday, December 5, 2025, we will seek relief from the Court.

Very truly yours,

R. James Kravitz

Cc (*via email only*):   Ilana Neufeld, Esq.
Brittany M. Barbet, Esq.
Jonathan A. Ozarow, Esq.