# EXHIBIT 11

| | |
|---|---|
| **From:** | Barbet, Brittany M. |
| **Sent:** | Friday, December 12, 2025 4:16 PM |
| **To:** | Ilana Neufeld; Kravitz, R. James; Jonathan Ozarow |
| **Cc:** | Aaron Twersky; Penina Gershbaum; Avram Frisch |
| **Subject:** | RE: PPREF v. Luxe |

Counsel,

We still do not have a date for your clients' depositions. On November 17, we noticed the depositions of Luxe Living's 30(b)(6) designee, Chaim Treitel, and Sherzod Turdiev. Those depositions were adjourned because you informed us these witnesses were on unavailable on the dates noticed. On November 21, November 25, and December 2, we asked for deposition dates. If we do not receive dates from you by Tuesday, we will seek relief from the Court.

We have not designated a 30(b)(6) witness, as we have not received a 30(b)(6) notice with deposition topics. We will designate a 30(b)(6) witness in accordance with the Rules.

Thank you,
Brittany

### Brittany M. Barbet
Associate

**Fox Rothschild LLP**

📍 Princeton
📞 (609) 896-7651
✉ bbarbet@foxrothschild.com

---

**From:** Ilana Neufeld <ineufeld@twerskylaw.com>
**Sent:** Friday, December 5, 2025 1:05 PM
**To:** Kravitz, R. James <RKravitz@foxrothschild.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Jonathan Ozarow <jozarow@clarkguldin.com>
**Cc:** Aaron Twersky <atwersky@twerskylaw.com>; Penina Gershbaum <pgershbaum@twerskylaw.com>; Avram Frisch <frischa@avifrischlaw.com>
**Subject:** [EXT] PPREF v. Luxe

Jim,

Please see attached.
We are still waiting to hear back regarding a date for our client's deposition.
Who will you be designated as your 30(b)(6) witness?
We should schedule all of the depositions.

Thank you,

Ilana

Ilana Neufeld, Esq.
(212) 425-0149

ineufeld@twerskylaw.com



747 Third Avenue, 32nd Floor
New York, New York 10017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
===============================================================================