| | |
|---|---|
| **PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**LUXE LIVING DESIGN, LLC,**<br><br>　　　　**Defendants.** | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Civil Action No. 24-6175 (MAS) (JTQ) |
| **1735 JERSEY AVE LLC and PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC,**<br><br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**LUXE LIVING DESIGN, LLC, et al.,**<br><br>　　　　**Defendants.** | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Civil Action No. 24-6168 (MAS) (JTQ)<br><br>**<u>ORDER</u>** |

　　**THIS MATTER** having come before the Court on Plaintiffs' application for an Order addressing various discovery issues; and the Court having heard oral argument on the application; and good cause appearing:

　　**IT IS on this 11th day of February 2026, hereby**

　　**ORDERED** that Defendants shall supplement their prior document productions to include the relevant financial documents, payroll records, profit and loss statements, accounting ledgers, and balance sheets that Plaintiffs requested. Defendants shall have 30 days to produce such information; and it is further

　　**ORDERED** that within seven (7) days, the Parties shall meet and confer to discuss what specific tax information and related schedule(s) Plaintiffs seek from Defendants. As set forth during the call, the Court finds this information relevant and proportional to the needs of the case,

particularly given Plaintiffs' acknowledgement that any sensitive, irrelevant material may be redacted; and it is further

**ORDERED** that Defendants need respond no further to "Request No. 15" and "Request No. 10." To the extent Plaintiffs seek additional information, they may do so through deposition or additional interrogatories / document requests; and it is further

**ORDERED** that within fourteen (14) days the Parties shall file a letter identifying the dates that all depositions in this case will proceed; and it is further

**ORDERED** that counsel for Defendants shall have fourteen days to meet and confer with counsel for Plaintiff 1735 Jersey Ave. to identify any supposed deficiencies with Plaintiff 1735 Jersey Ave.'s prior productions.

**SO ORDERED.**

                                                                                       s/ Justin T. Quinn
                                                             **JUSTIN T. QUINN**
                                                             **United States Magistrate Judge**