February 27, 2026

<u>VIA ECF</u>
Hon. Justin T. Quinn, U.S.M.J.
United States District Court District of New Jersey
402 E. State Street
Trenton, New Jersey 08609

Re:   **PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC**
<u>**Civil Action No.: 3:24-cv-06175-MAS-JTQ**</u>

**1735 Jersey Ave LLC and PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC, et al.**
<u>**Civil Action No.: 3:24-cv-06168-MAS-JTQ**</u>

Dear Judge Quinn:

Pursuant to Your Honor's Order, dated February 13, 2026 (ECF Nos. 94 and 97), this joint letter is submitted by PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC ("PPREF"), 1735 Jersey Ave LLC ("1735 Jersey Ave"), and Defendants Luxe Living Design, LLC and Chaim S. Treitel (collectively "Luxe Living"). Below are the dates the parties agreed on for depositions, all to be conducted remotely:

1. March 10, 2026:    Joe Saadia
2. April 15, 2026:    Chaim Treitel
3. April 21, 2026:    PPREF Corporate Designee
4. April 22, 2026:    Sherzod Turdiev
5. April 29, 2026:    Luxe Living Design Corporate Designee
6. May 12, 2026:      Jack Saadia
7. June 3, 2026:      1735 Jersey Ave Corporate Designee

Respectfully submitted,

**FOX ROTHSCHILD LLP**
*Attorneys for PPREF/TP North Brunswick Industrial LLC,*
*as assignee of 1735 Jersey Ave LLC*


By:   <u>*s/ R. James Kravitz*</u>
      R. James Kravitz, Esq.



**CLARK GULDIN ATTORNEYS AT LAW**
*Attorneys for 1735 Jersey Ave LLC*

182606865.2

By: <u>*s/ Jonathan Ozarow*</u>
      Jonathan A. Ozarow, Esq.

**TWERSKY PLLC**
*Attorneys for Luxe Living Design, LLC*
*and Chaim S. Treitel*

By: <u>*s/ Aaron Twersky*</u>
      Aaron Twersky, Esq.

182606865.2