

Mail: P. O. Box 5231, Princeton, NJ 08543-5231
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Tel (609) 896-3600  Fax (609) 896-1469
www.foxrothschild.com

R. JAMES KRAVITZ
Direct No: 609.895.3316
Email: RKravitz@FoxRothschild.com
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

April 21, 2026

*VIA ECF*

Hon. Justin T. Quinn, U.S.M.J.
United States District Court District of New Jersey
402 E. State Street
Trenton, New Jersey 08609

**Re:    PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC
Civil Action No.: 3:24-cv-06175-MAS-JTQ**

**1735 Jersey Ave LLC and PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC, et al.
Civil Action No.: 3:24-cv-06168-MAS-JTQ**

Dear Judge Quinn:

We represent Plaintiff PPREF/TP North Brunswick Industrial LLC ("PPREF") in the above-referenced matter. We write to inform Your Honor that the parties have resolved the objection made during the deposition of PPREF's corporate representative, and we will not be submitting briefs on the issue.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*s/ R. James Kravitz*

R. James Kravitz, Esq.

cc:    All Parties of Record (*via ECF*)

184693580.1