

## CLARK GULDIN
### ATTORNEYS AT LAW

jozarow@clarkguldin.com
*Reply to: MONTCLAIR*
*Direct Dial: 973-604-3200*

April 22, 2026

**VIA PACER**

Honorable Justin T. Quinn, U.S.M.J.
United States District Court
 for the District of New Jersey
402 East State Street
Trenton, NJ 08608

>       **Re:**      *1735 Jersey Ave LLC v. Luxe Living Design, LLC, et al.*
>             **Case No. 3:24-cv-06168-MAS-JTQ**
>
>             *1735 Jersey Ave LLC v. Luxe Living Design, LLC*
>             **Civil Action No. 3:24-cv-06175-MAS-JTQ**

Dear Magistrate Judge Quinn:

This firm represents 1735 Jersey Ave LLC ("Jersey") in the above-referenced actions. Please allow this letter to serve as a formal request for permission to file a motion, pursuant to FRCP 37, against Defendants, Luxe Living Design, LLC and Chaim S. Treitel (collectively, "Defendants") for failure to answer discovery and appropriate sanctions.

On January 15, 2025, this firm propounded discovery demands and interrogatories upon Defendants' counsel via email. Copies of the transmittal letter, together with the Jersey's interrogatories are attached hereto. This office has no record of any responses of any kind to the interrogatories. The undersigned performed a search of our server and my own emails and found indication of any responses. My assistant performed a similar search. Mr. Treitel was unable to recall ever responding to the Requests at his deposition on April 15, 2026. Defendants' counsel provided evasive non-answers as to whether they served any responses to the interrogatories.[1]

_____

[1] This office initially had no record of responses to either our interrogatories or document demands. Defendants' counsel since provided confirmation that it only answered document demands, albeit in a purely improper format. Defendants' counsel has since refused all entreaties to meet-and-confer.

Honorable Justin T. Quinn, U.S.M.J.
April 22, 2026
Page 2

It is respectfully submitted that any requirement to meet-and-confer or to conference this matter further with Your Honor should be dispensed with as Defendants had fifteen months — more than ample time — to respond or object to the interrogatories, move for a protective order, or the like. Fact discovery is currently scheduled to close on June 30, 2026, and depositions are currently underway. The parties are, and continue to be, manifestly prejudiced by Defendants' unexcused failure to respond to the interrogatories. Accordingly, Jersey respectfully requests permission to move for appropriate sanctions against Defendants or, in the alternative, request that Your Honor issue an Order directing Defendants to provide full and complete responses to all interrogatories by a date certain, together with an instruction that any objections are waived by dint of Defendants' failure to provide answers in a timely fashion.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ *Jonathan A. Ozarow*

Jonathan A. Ozarow

Encls.

cc:    Counsel of Record (via PACER)

{00135186 - 1}