

Mail: P. O. Box 5231, Princeton, NJ 08543-5231
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Tel (609) 896-3600  Fax (609) 896-1469
www.foxrothschild.com

R. JAMES KRAVITZ
Direct No:  609.895.3316
Email: RKravitz@FoxRothschild.com
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

April 24, 2026

**VIA ECF**
Hon. Justin T. Quinn, U.S.M.J.
United States District Court District of New Jersey
402 E. State Street
Trenton, New Jersey 08609

**Re:** **PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC**
**Civil Action No.: 3:24-cv-06175-MAS-JTQ**

**1735 Jersey Ave LLC and PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC, et al.**
**Civil Action No.: 3:24-cv-06168-MAS-JTQ**

Dear Judge Quinn:

As your Honor is aware, we represent Plaintiff PPREF/TP North Brunswick Industrial LLC ("PPREF") in the above referenced matters. Pursuant to your Honor's directive, from the last conference call, we are writing to advise the Court that we do not plan to proceed with the April 29, 2026, deposition of Luxe Living's corporate designee (ECF # 97) as a result of testimony we received from Luxe Living's two other representatives, one of whom testified in his individual and corporate capacity pursuant to rule 30(b)(6).  Accordingly, we do not plan to proceed with this deposition. Although it was learned during the deposition of Luxe Living Design's key employees over the last several weeks that Luxe Living had not produced a number of significant documents, the decision not to proceed with the corporate representative on April 29 is without prejudice to our right to seek to recall the Luxe Living witness or witnesses who have testified if the documents that Luxe Living subsequently produces warrant further deposition testimony.

Respectfully Submitted,

/s/ R. James Kravitz

R. James Kravitz, Esq.

cc:    All Parties of Record (*via ECF*)

184775072.1