# EXHIBIT B

📧 Outlook

---

**1735 Jersey Ave v. Luxe Living Design**

---

**From** Kravitz, R. James <RKravitz@foxrothschild.com>

**Date** Mon 3/24/2025 5:32 PM

**To** frischa@avifrischlaw.com <frischa@avifrischlaw.com>; Aaron Twersky <atwersky@twerskylaw.com>; Ilana Neufeld <ineufeld@twerskylaw.com>; Penina Gershbaum <pgershbaum@twerskylaw.com>

**Cc** Barbet, Brittany M. <bbarbet@foxrothschild.com>

📎 2 attachments (65 KB)
DRAFT - PPREF - Consent Order - LT Action(169842592.1)-C.docx; DRAFT - PPREF - Consent Order(169827965.1)-C.docx;

Gentlemen,

We represent PPREF/TP North Brunswick Industrial LLC, which just purchased the property located at 1735 Jersey Ave.  My client unfortunately bought into the pending litigation, but would prefer to resolve the dispute and develop a good relationship with its new tenant/your client. As a result of the sale, the lease and the prior owner's affirmative claims were assigned to my client.  Hence, my client needs to be substituted into the case. To that end see enclosed consent orders, which have been approved by the prior owner's counsel.  I plan to place a call to Mr. Frisch shortly.  Thank you.



**R. James Kravitz**
Partner
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
212 Carnegie Center, Suite 400
Princeton, New Jersey 08540
📞 (609) 895-3316
📱 (215) 530-1857
🖨 (609) 896-1469
✉ rkravitz@foxrothschild.com

**Learn about our new brand.**

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.