# EXHIBIT A

## Deena Allen

| | |
|---|---|
| **From:** | Ilana Neufeld <ineufeld@twerskylaw.com> |
| **Sent:** | Monday, April 20, 2026 6:53 PM |
| **To:** | Jonathan Ozarow; Barbet, Brittany M.; Aaron Twersky; Meredith Millman |
| **Cc:** | Kravitz, R. James |
| **Subject:** | Re: PPREF/1735 Jersey Ave/Luxe Living |
| **Attachments:** | Email - 09.09.2025.pdf; Responses - 09.09.2025.pdf |

> CAUTION:This email originated from outside of Clark Guldin. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jonathan,

See attached.

Thank you.

Ilana Neufeld, Esq.
(212) 425-0149
ineufeld@twerskylaw.com

 TWERSKY PLLC

747 Third Avenue, 32nd Floor
New York, New York 10017

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

```
NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential
information that is privileged or that constitutes attorney work product. If you are not the
intended recipient, you are hereby notified that any dissemination, distribution or copying of this
e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error,
please immediately notify the sender by replying to this e-mail and delete the message and any
attachment(s) from your system. Thank you.
===============================================================================
```

**From:** Jonathan Ozarow <jozarow@clarkguldin.com>
**Sent:** Monday, April 20, 2026 4:53 PM
**To:** Ilana Neufeld <ineufeld@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Aaron Twersky <atwersky@twerskylaw.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** RE: PPREF/1735 Jersey Ave/Luxe Living

Ilana,

Please see attached. As I mentioned during your client's deposition last week, we have no record of any response to our discovery demands and interrogatories that were served last January. Both Aaron and Mr. Treitel were evasive as to whether any responses were provided. Should your office fail to demonstrate that you did, in fact, respond to our discovery demands and interrogatories no later than 10:00 am tomorrow morning, we will presume that you ignored our demands that were timely propounded.

1

Guide yourself accordingly.

Jonathan A. Ozarow
**Clark Guldin**
Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042
Main Number:  (973) 707-5346
Direct Dial:  (973) 604-3200
Direct Fax:  (973) 604-3201
E-mail:  jozarow@clarkguldin.com
www.clarkguldin.com

**From:** Ilana Neufeld <ineufeld@twerskylaw.com>
**Sent:** Monday, April 13, 2026 2:36 PM
**To:** Barbet, Brittany M. <bbarbet@foxrothschild.com>; Aaron Twersky <atwersky@twerskylaw.com>; Jonathan Ozarow <jozarow@clarkguldin.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** PPREF/1735 Jersey Ave/Luxe Living

CAUTION:This email originated from outside of Clark Guldin. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jonathan,

Following the Court's order last week and today's conference, please confirm when we can expect your client's certification, memorializing that it does not have any of the documents we have asked for but have not received.

Thank you,

Ilana

Ilana Neufeld, Esq.
(212) 425-0149
ineufeld@twerskylaw.com

 Twersky PLLC

747 Third Avenue, 32nd Floor
New York, New York 10017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
=======================================================================