# EXHIBIT B

## Deena Allen

| | |
|---|---|
| **From:** | Jonathan Ozarow |
| **Sent:** | Tuesday, May 12, 2026 6:24 PM |
| **To:** | Aaron Twersky; Ilana Neufeld; Barbet, Brittany M.; Meredith Millman |
| **Cc:** | Kravitz, R. James; Penina Gershbaum |
| **Subject:** | RE: PPREF/1735 Jersey Ave/Luxe Living |

Aaron,

You expressly asked for two weeks, which would be this Thursday. You then asked for an additional day, which is not what I agreed to. I am willing to provide up until noon on Friday if you are actually going to supplement (which you insinuated you were not going to do). You should know at this point as to how much you are going to supplement (and if you are going to certify your interrogatories as required). The fact that you are still unable to provide a straight answer is concerning.

Your conduct now does not suggest you are going to act in good faith, but are seeking to engender delay. If I am mistaken, please let me know and I will provide you until noon on Friday.

Jonathan A. Ozarow
**Clark Guldin**
Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042
Main Number: (973) 707-5346
Direct Dial: (973) 604-3200
Direct Fax: (973) 604-3201
E-mail: jozarow@clarkguldin.com
www.clarkguldin.com

**From:** Aaron Twersky <atwersky@twerskylaw.com>
**Sent:** Tuesday, May 12, 2026 6:18 PM
**To:** Jonathan Ozarow <jozarow@clarkguldin.com>; Ilana Neufeld <ineufeld@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>; Penina Gershbaum <pgershbaum@twerskylaw.com>
**Subject:** Re: PPREF/1735 Jersey Ave/Luxe Living

CAUTION:This email originated from outside of Clark Guldin. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jonathan,

At our meet and confer we agreed to respond by Friday. We did not agree to 12 noon, which is what just demanded at the deposition that just ended of Mr. Saadia.
You can file whatever you want, and we'll relay that to the Court.

AT

---
Aaron Twersky, Esq.
(212) 425-0149 (Office)
(917) 992-0657 (Cell)
atwersky@twerskylaw.com

1

**T | TWERSKY PLLC**

**747 Third Avenue, 32nd Floor**
**New York, New York 10017**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>Long Island Office</u>:
366 Pearsall Avenue, Suite 1
Cedarhurst, New York 11516

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential
information that is privileged or that constitutes attorney work product. If you are not the
intended recipient, you are hereby notified that any dissemination, distribution or copying of this
e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error,
please immediately notify the sender by replying to this e-mail and delete the message and any
attachment(s) from your system. Thank you.
========================================================================

**From:** Jonathan Ozarow <jozarow@clarkguldin.com>
**Sent:** Tuesday, May 12, 2026 6:14 PM
**To:** Aaron Twersky <atwersky@twerskylaw.com>; Ilana Neufeld <ineufeld@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>; Penina Gershbaum <pgershbaum@twerskylaw.com>
**Subject:** RE: PPREF/1735 Jersey Ave/Luxe Living

Aaron,

Just to confirm, at the conclusion of Mr. Saadia's deposition you advised that I may go ahead and file our letter with the Court because you do not expect to be able to timely supplement your discovery following our meet and confer.  If this is inaccurate <u>and</u> you will provide supplemental discovery no later than noon on Friday (or if you have reconsidered your position), please advise.

Jonathan A. Ozarow
**Clark Guldin**
Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042
Main Number:  (973) 707-5346
Direct Dial:  (973) 604-3200
Direct Fax:  (973) 604-3201
E-mail:  jozarow@clarkguldin.com
www.clarkguldin.com

**From:** Jonathan Ozarow
**Sent:** Thursday, April 30, 2026 12:35 PM
**To:** 'Aaron Twersky' <atwersky@twerskylaw.com>; Ilana Neufeld <ineufeld@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>; Penina Gershbaum <pgershbaum@twerskylaw.com>
**Subject:** RE: PPREF/1735 Jersey Ave/Luxe Living

2

Aaron,

Please stop.  I am uninterested in playing this game, which is unbecoming of this profession.  My notes are in the email, which was being drafted contemporaneous with our discussions as to what you would or would not consider supplementing.  The remaining color (such as your indication that you would consider supplementing) was added afterwards.  If you think it is incorrect, then you should express as much.   If you believe you misspoke on the call and intended something else as to your "clear" position, please advise.


Jonathan A. Ozarow
**Clark Guldin**
Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042
Main Number:  (973) 707-5346
Direct Dial:  (973) 604-3200
Direct Fax:  (973) 604-3201
E-mail:  jozarow@clarkguldin.com
www.clarkguldin.com

---

**From:** Aaron Twersky <atwersky@twerskylaw.com>
**Sent:** Thursday, April 30, 2026 12:30 PM
**To:** Jonathan Ozarow <jozarow@clarkguldin.com>; Ilana Neufeld <ineufeld@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>; Penina Gershbaum <pgershbaum@twerskylaw.com>
**Subject:** Re: PPREF/1735 Jersey Ave/Luxe Living

CAUTION:This email originated from outside of Clark Guldin. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Our position on the call was clear.  We'll respond accordingly.
Please share your notes with me if you want to be certain.


---
Aaron Twersky, Esq.
(212) 425-0149 (Office)
(917) 992-0657 (Cell)
atwersky@twerskylaw.com

 Twersky PLLC

**747 Third Avenue, 32nd Floor**
**New York, New York 10017**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Long Island Office:
366 Pearsall Avenue, Suite 1
Cedarhurst, New York 11516

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error,

3

please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
========================================================================

---

**From:** Jonathan Ozarow <jozarow@clarkguldin.com>
**Sent:** Thursday, April 30, 2026 12:27 PM
**To:** Aaron Twersky <atwersky@twerskylaw.com>; Ilana Neufeld <ineufeld@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>; Penina Gershbaum <pgershbaum@twerskylaw.com>
**Subject:** RE: PPREF/1735 Jersey Ave/Luxe Living

I was taking notes on each one that we went over to note where you would "consider" supplementing and where you did not.  If you have changed your mind since the meet and confer, please let me know which ones you are no longer supplementing.

Jonathan A. Ozarow
**Clark Guldin**
Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042
Main Number:  (973) 707-5346
Direct Dial:  (973) 604-3200
Direct Fax:  (973) 604-3201
E-mail:  jozarow@clarkguldin.com
www.clarkguldin.com

---

**From:** Aaron Twersky <atwersky@twerskylaw.com>
**Sent:** Thursday, April 30, 2026 12:23 PM
**To:** Jonathan Ozarow <jozarow@clarkguldin.com>; Ilana Neufeld <ineufeld@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>; Penina Gershbaum <pgershbaum@twerskylaw.com>
**Subject:** Re: PPREF/1735 Jersey Ave/Luxe Living

CAUTION:This email originated from outside of Clark Guldin. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jonathan,

I do not agree with your memorialization of our meet and confer this morning.
I was clear as to our position on that call and we will respond accordingly.

AT

---
Aaron Twersky, Esq.
(212) 425-0149 (Office)
(917) 992-0657 (Cell)
atwersky@twerskylaw.com

 TWERSKY PLLC

**747 Third Avenue, 32nd Floor**
**New York, New York 10017**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Long Island Office:
366 Pearsall Avenue, Suite 1
Cedarhurst, New York 11516

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential
information that is privileged or that constitutes attorney work product. If you are not the
intended recipient, you are hereby notified that any dissemination, distribution or copying of this
e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error,
please immediately notify the sender by replying to this e-mail and delete the message and any
attachment(s) from your system. Thank you.
=============================================================================

**From:** Jonathan Ozarow <jozarow@clarkguldin.com>
**Sent:** Thursday, April 30, 2026 12:05 PM
**To:** Ilana Neufeld <ineufeld@twerskylaw.com>; Aaron Twersky <atwersky@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** RE: PPREF/1735 Jersey Ave/Luxe Living

You also advised that supplemental responses will be provided by May 15, 2026.  I requested that you provide it sooner, but you refused due to other commitments.

Jonathan A. Ozarow
**Clark Guldin**
Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042
Main Number:  (973) 707-5346
Direct Dial:  (973) 604-3200
Direct Fax:  (973) 604-3201
E-mail:  jozarow@clarkguldin.com
www.clarkguldin.com

**From:** Jonathan Ozarow
**Sent:** Thursday, April 30, 2026 12:04 PM
**To:** 'Ilana Neufeld' <ineufeld@twerskylaw.com>; 'Aaron Twersky' <atwersky@twerskylaw.com>; 'Barbet, Brittany M.' <bbarbet@foxrothschild.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** 'Kravitz, R. James' <RKravitz@foxrothschild.com>
**Subject:** RE: PPREF/1735 Jersey Ave/Luxe Living

Aaron,

Please allow this email to memorialize our meet and confer today.

With respect to the document demands.  Globally, you advised that where you indicated that documents were "forthcoming", you would, to the best of your ability, identify by bates-stamped the documents that you were referring to.  With respect to specific document demands, you advised that you would "consider" offering supplemental responses to document demands nos. 5, 12, 13, 16, 17, 18, 19, 20, 21, 22, 29, 32, 33, and 34.  You expressly advised you would not be providing any supplement to demands nos. 25 and 26.  With respect to interrogatories, you advised that you would "consider" supplementing interrogatories nos. 8, 11, 12, 14, 16, 17, 21, and 22.  You advised you would not supplement interrogatory nos. 4, 5, 10, 15, 18, and 19.  I also requested that you have the interrogatories certified in accordance with Local Cil Rule 33.1 (as well as FRCP 33(b)(5).  Again, you advised you would take the request for interrogatories to be certified under consideration.

5

Jonathan A. Ozarow
**Clark Guldin**
Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042
Main Number:  (973) 707-5346
Direct Dial:  (973) 604-3200
Direct Fax:  (973) 604-3201
E-mail:  jozarow@clarkguldin.com
www.clarkguldin.com

---

**From:** Jonathan Ozarow
**Sent:** Thursday, April 30, 2026 11:05 AM
**To:** 'Ilana Neufeld' <ineufeld@twerskylaw.com>; Aaron Twersky <atwersky@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** RE: PPREF/1735 Jersey Ave/Luxe Living

Aaron/Ilana

We are waiting for you.

Jonathan A. Ozarow
**Clark Guldin**
Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042
Main Number:  (973) 707-5346
Direct Dial:  (973) 604-3200
Direct Fax:  (973) 604-3201
E-mail:  jozarow@clarkguldin.com
www.clarkguldin.com

---

**From:** Ilana Neufeld <ineufeld@twerskylaw.com>
**Sent:** Wednesday, April 29, 2026 7:12 PM
**To:** Jonathan Ozarow <jozarow@clarkguldin.com>; Aaron Twersky <atwersky@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** Re: PPREF/1735 Jersey Ave/Luxe Living

CAUTION:This email originated from outside of Clark Guldin. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you Jonathan, we received it.

Ilana Neufeld, Esq.
(212) 425-0149
ineufeld@twerskylaw.com

 TWERSKY PLLC

747 Third Avenue, 32nd Floor

New York, New York 10017

*****************************************************************************
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
*****************************************************************************

```
NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential
information that is privileged or that constitutes attorney work product. If you are not the
intended recipient, you are hereby notified that any dissemination, distribution or copying of this
e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error,
please immediately notify the sender by replying to this e-mail and delete the message and any
attachment(s) from your system. Thank you.
===========================================================================
```

**From:** Jonathan Ozarow <jozarow@clarkguldin.com>
**Sent:** Wednesday, April 29, 2026 5:06 PM
**To:** Aaron Twersky <atwersky@twerskylaw.com>; Ilana Neufeld <ineufeld@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** RE: PPREF/1735 Jersey Ave/Luxe Living

Aaron,

I circulated a call-in yesterday, but only received a response from Jim.  Please confirm you received the call-in information.

Jonathan A. Ozarow
**Clark Guldin**
Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042
Main Number:  (973) 707-5346
Direct Dial:  (973) 604-3200
Direct Fax:  (973) 604-3201
E-mail:  jozarow@clarkguldin.com
www.clarkguldin.com

**From:** Jonathan Ozarow
**Sent:** Thursday, April 23, 2026 12:41 PM
**To:** 'Aaron Twersky' <atwersky@twerskylaw.com>; Ilana Neufeld <ineufeld@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** RE: PPREF/1735 Jersey Ave/Luxe Living

Nest Thursday at 11 is fine.  I will circulate a call-in.  Anything other than scheduling do not merit a response.

Jonathan A. Ozarow
**Clark Guldin**
Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042
Main Number:  (973) 707-5346
Direct Dial:  (973) 604-3200

Direct Fax:  (973) 604-3201
E-mail:  jozarow@clarkguldin.com
www.clarkguldin.com

---

**From:** Aaron Twersky <atwersky@twerskylaw.com>
**Sent:** Thursday, April 23, 2026 12:36 PM
**To:** Jonathan Ozarow <jozarow@clarkguldin.com>; Ilana Neufeld <ineufeld@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** Re: PPREF/1735 Jersey Ave/Luxe Living

> CAUTION:This email originated from outside of Clark Guldin. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jonathan,

Your request to meet and confer on responses that were served over six months ago is clearly disingenuous.
Especially, given there have been ample document productions since then that have addressed your very demands or very similar demands.
Furthermore, since your initial demand you have taken two depositions, either of my client or relating to my client.
That said, we do not want you to be prejudiced in any way, even though this is the first time you have raised this issue since your initial demands were sent in January 2025.

We can meet and confer on Thursday, April 30th from 11 to 1 pm or 3 to 5 pm.
Please confirm which works for you.

AT

---
Aaron Twersky, Esq.
(212) 425-0149 (Office)
(917) 992-0657 (Cell)
atwersky@twerskylaw.com

 TWERSKY PLLC

**747 Third Avenue, 32nd Floor**
**New York, New York 10017**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Long Island Office:
366 Pearsall Avenue, Suite 1
Cedarhurst, New York 11516

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
=========================================================================

---

**From:** Jonathan Ozarow <jozarow@clarkguldin.com>
**Sent:** Tuesday, April 21, 2026 4:36 PM
**To:** Ilana Neufeld <ineufeld@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Aaron Twersky

<atwersky@twerskylaw.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** RE: PPREF/1735 Jersey Ave/Luxe Living

Aaron/Ilana,

Following up as we need to meet and confer on your discovery responses.  It is unclear to me what, if anything, was produced by you in connection with these responses, which consist of little more than boilerplate.  Additionally, I disagree that demands nos. 5; 12; 13; 16; 17; 18; 19; 20; 21; 22; 25; 26; 29; 32; 33; 34; and 35 will not lead to admissible evidence as you contend.  In fact, I believe Judge Quinn has already ruled against you on some of those pertaining to the related entities and use of the Brooklyn warehouse.

Jonathan A. Ozarow
**Clark Guldin**
Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042
Main Number:  (973) 707-5346
Direct Dial:  (973) 604-3200
Direct Fax:  (973) 604-3201
E-mail:  jozarow@clarkguldin.com
www.clarkguldin.com

---

**From:** Jonathan Ozarow
**Sent:** Monday, April 20, 2026 7:56 PM
**To:** 'Ilana Neufeld' <ineufeld@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Aaron Twersky <atwersky@twerskylaw.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** RE: PPREF/1735 Jersey Ave/Luxe Living

To confirm, you did not respond to the interrogatories.  I would also like to meet-and-confer as to substance of these responses.  Please advise your availability.

Jonathan A. Ozarow
**Clark Guldin**
Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042
Main Number:  (973) 707-5346
Direct Dial:  (973) 604-3200
Direct Fax:  (973) 604-3201
E-mail:  jozarow@clarkguldin.com
www.clarkguldin.com

---

**From:** Ilana Neufeld <ineufeld@twerskylaw.com>
**Sent:** Monday, April 20, 2026 6:53 PM
**To:** Jonathan Ozarow <jozarow@clarkguldin.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Aaron Twersky <atwersky@twerskylaw.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** Re: PPREF/1735 Jersey Ave/Luxe Living

CAUTION:This email originated from outside of Clark Guldin. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jonathan,

See attached.

Thank you.

Ilana Neufeld, Esq.
(212) 425-0149
ineufeld@twerskylaw.com

 Twersky PLLC

747 Third Avenue, 32nd Floor
New York, New York 10017

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential
information that is privileged or that constitutes attorney work product. If you are not the
intended recipient, you are hereby notified that any dissemination, distribution or copying of this
e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error,
please immediately notify the sender by replying to this e-mail and delete the message and any
attachment(s) from your system. Thank you.
========================================================================

**From:** Jonathan Ozarow <jozarow@clarkguldin.com>
**Sent:** Monday, April 20, 2026 4:53 PM
**To:** Ilana Neufeld <ineufeld@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Aaron Twersky <atwersky@twerskylaw.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** RE: PPREF/1735 Jersey Ave/Luxe Living

Ilana,

Please see attached.  As I mentioned during your client's deposition last week, we have no record of any response to our discovery demands and interrogatories that were served last January. Both Aaron and Mr. Treitel were evasive as to whether any responses were provided.  Should your office fail to demonstrate that you did, in fact, respond to our discovery demands and interrogatories no later than 10:00 am tomorrow morning, we will presume that you ignored our demands that were timely propounded.

Guide yourself accordingly.

Jonathan A. Ozarow
**Clark Guldin**
Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042
Main Number:  (973) 707-5346
Direct Dial:  (973) 604-3200
Direct Fax:  (973) 604-3201

E-mail: jozarow@clarkguldin.com
www.clarkguldin.com

---

**From:** Ilana Neufeld <ineufeld@twerskylaw.com>
**Sent:** Monday, April 13, 2026 2:36 PM
**To:** Barbet, Brittany M. <bbarbet@foxrothschild.com>; Aaron Twersky <atwersky@twerskylaw.com>; Jonathan Ozarow <jozarow@clarkguldin.com>; Meredith Millman <mmillman@clarkguldin.com>
**Cc:** Kravitz, R. James <RKravitz@foxrothschild.com>
**Subject:** PPREF/1735 Jersey Ave/Luxe Living

> CAUTION:This email originated from outside of Clark Guldin. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jonathan,

Following the Court's order last week and today's conference, please confirm when we can expect your client's certification, memorializing that it does not have any of the documents we have asked for but have not received.

Thank you,

Ilana

Ilana Neufeld, Esq.
(212) 425-0149
ineufeld@twerskylaw.com

 TWERSKY PLLC

747 Third Avenue, 32nd Floor
New York, New York 10017

*******************************************************************************
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
*******************************************************************************

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
========================================================================