# EXHIBIT A

 Outlook

---

### RE: PPREF/1735 Jersey Ave/Luxe Living

---

**From** Jonathan Ozarow <jozarow@clarkguldin.com>

**Date** Thu 4/30/2026 12:05 PM

**To**   Ilana Neufeld <ineufeld@twerskylaw.com>; Aaron Twersky <atwersky@twerskylaw.com>; Barbet, Brittany M. <bbarbet@foxrothschild.com>; Meredith Millman <mmillman@clarkguldin.com>

**Cc**   Kravitz, R. James <RKravitz@foxrothschild.com>


You also advised that supplemental responses will be provided by May 15, 2026.   I requested that you provide it sooner, but you refused due to other commitments.

Jonathan A. Ozarow
**Clark Guldin**
Attorneys at Law
20 Church Street, Suite 15
Montclair, NJ 07042
Main Number:  (973) 707-5346
Direct Dial:  (973) 604-3200
Direct Fax:  (973) 604-3201
E-mail:  jozarow@clarkguldin.com
www.clarkguldin.com

---