# EXHIBIT 1

**From:** Kravitz, R. James
**Sent:** Wednesday, June 3, 2026 2:24 PM
**To:** Ilana Neufeld <ineufeld@twerskylaw.com>
**Cc:** Meredith Millman <mmillman@clarkguldin.com>; Jonathan Ozarow <jozarow@clarkguldin.com>; Penina Gershbaum <pgershbaum@twerskylaw.com>; Aaron Twersky <atwersky@twerskylaw.com>
**Subject:** RE: 1735/Luxe/PPREF

Ilana,

The subpoenas are not compliant with the Federal Rules. Rule 45 required you to send us a deposition notice and copy of the subpoena duces tecum before it was served, as well as reasonable advance notice.  Rule 30 also requires reasonable advance notice for all subpoenas.  Both of your subpoenas are dated a week ago and then held for a week before you served us.  Neither is supported by a deposition notice.  We therefore object to the subpoenas.

**R. James Kravitz**
**Partner**

**Fox Rothschild LLP**

📍 Princeton
📞 (609) 895-3316
📱 (215) 530-1857
✉️ rkravitz@foxrothschild.com

Certified Civil Trial Attorney, Supreme Court of New Jersey

**From:** Ilana Neufeld <ineufeld@twerskylaw.com>
**Sent:** Wednesday, June 3, 2026 1:58 PM
**To:** Penina Gershbaum <pgershbaum@twerskylaw.com>; Aaron Twersky <atwersky@twerskylaw.com>; Kravitz, R. James <RKravitz@foxrothschild.com>
**Cc:** Meredith Millman <mmillman@clarkguldin.com>; Jonathan Ozarow <jozarow@clarkguldin.com>
**Subject:** [EXT] 1735/Luxe/PPREF

All,

Please see attached two subpoenas which have been served in this matter.

1

Thank you,

Ilana


Ilana Neufeld, Esq.
(212) 425-0149
ineufeld@twerskylaw.com



747 Third Avenue, 32nd Floor
New York, New York 10017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
===========================================================================

2