# EXHIBIT 4

DB Caption:  live 01/20/2018  Property: 1735ja  Tenant: t0002635   Status: Current, Past, Future  Month From: 03/2025  To  06/2026

| Customer | Tenant | Invoice # | Transaction Date | Charges | Receipts | Balance | Notes |
|---|---|---|---|---|---|---|---|
| **PPREF/TP North Brunswick Industrial LLC (1735ja)** | | | | | | | |
| **Luxe Living Design, LLC  (t0002635)** | | | | | | | |
| | Luxe Living Design, LLC | | | 0 | 0 | 0 | Balance Forward |
| | Luxe Living Design, LLC | C-391664 | 4/1/2025 | 48,209.00 | 0.00 | 48,209.00 | CAM - Estimate (04/2025) |
| | Luxe Living Design, LLC | C-391665 | 4/1/2025 | 212,097.00 | 0.00 | 260,306.00 | Rent Industrial (04/2025) |
| | Luxe Living Design, LLC | C-391666 | 4/1/2025 | 20,292.00 | 0.00 | 280,598.00 | Real Estate Taxes Estimate (04/2025) |
| | Luxe Living Design, LLC | R-361639 | 4/8/2025 | 0.00 | -212,097.00 | 68,501.00 | Luxe Living Apr Rent |
| | Luxe Living Design, LLC | R-361640 | 4/8/2025 | 0.00 | -43,903.00 | 24,598.00 | Luxe Living Apr CAM |
| | Luxe Living Design, LLC | C-392376 | 5/1/2025 | 48,209.00 | 0.00 | 72,807.00 | CAM - Estimate (05/2025) |
| | Luxe Living Design, LLC | C-392377 | 5/1/2025 | 212,097.00 | 0.00 | 284,904.00 | Rent Industrial (05/2025) |
| | Luxe Living Design, LLC | C-392378 | 5/1/2025 | 20,292.00 | 0.00 | 305,196.00 | Real Estate Taxes Estimate (05/2025) |
| | Luxe Living Design, LLC | R-366402 | 5/7/2025 | 0.00 | -212,097.00 | 93,099.00 | Luxe Living May Rent |
| | Luxe Living Design, LLC | R-366403 | 5/7/2025 | 0.00 | -20,292.00 | 72,807.00 | Luxe Living May Taxes |
| | Luxe Living Design, LLC | R-366404 | 5/7/2025 | 0.00 | -23,611.00 | 49,196.00 | Luxe Living May CAM |
| | Luxe Living Design, LLC | C-399250 | 6/1/2025 | 48,209.00 | 0.00 | 97,405.00 | CAM - Estimate (06/2025) |
| | Luxe Living Design, LLC | C-399251 | 6/1/2025 | 212,097.00 | 0.00 | 309,502.00 | Rent Industrial (06/2025) |
| | Luxe Living Design, LLC | C-399252 | 6/1/2025 | 20,292.00 | 0.00 | 329,794.00 | Real Estate Taxes Estimate (06/2025) |
| | Luxe Living Design, LLC | R-372223 | 6/9/2025 | 0.00 | -212,097.00 | 117,697.00 | Luxe June Rent |
| | Luxe Living Design, LLC | R-372224 | 6/9/2025 | 0.00 | -20,292.00 | 97,405.00 | Luxe RET |
| | Luxe Living Design, LLC | R-372225 | 6/9/2025 | 0.00 | -23,611.00 | 73,794.00 | Luxe CAM |
| | Luxe Living Design, LLC | C-408610 | 7/1/2025 | 48,209.00 | 0.00 | 122,003.00 | CAM - Estimate (07/2025) |
| | Luxe Living Design, LLC | C-408611 | 7/1/2025 | 212,097.00 | 0.00 | 334,100.00 | Rent Industrial (07/2025) |
| | Luxe Living Design, LLC | C-408612 | 7/1/2025 | 20,292.00 | 0.00 | 354,392.00 | Real Estate Taxes Estimate (07/2025) |
| | Luxe Living Design, LLC | R-377658 | 7/7/2025 | 0.00 | -212,097.00 | 142,295.00 | Luxe July Rent |
| | Luxe Living Design, LLC | R-377659 | 7/7/2025 | 0.00 | -20,292.00 | 122,003.00 | Luxe July RET |
| | Luxe Living Design, LLC | R-377660 | 7/7/2025 | 0.00 | -23,611.00 | 98,392.00 | Luxe July CAM |
| | Luxe Living Design, LLC | C-414443 | 8/1/2025 | 48,209.00 | 0.00 | 146,601.00 | CAM - Estimate (08/2025) |
| | Luxe Living Design, LLC | C-414444 | 8/1/2025 | 212,097.00 | 0.00 | 358,698.00 | Rent Industrial (08/2025) |
| | Luxe Living Design, LLC | C-414445 | 8/1/2025 | 20,292.00 | 0.00 | 378,990.00 | Real Estate Taxes Estimate (08/2025) |
| | Luxe Living Design, LLC | R-383729 | 8/8/2025 | 0.00 | -212,097.00 | 166,893.00 | Luxe Aug Rent |
| | Luxe Living Design, LLC | R-383730 | 8/8/2025 | 0.00 | -20,292.00 | 146,601.00 | Luxe RET |
| | Luxe Living Design, LLC | R-383735 | 8/8/2025 | 0.00 | -48,111.00 | 98,490.00 | Luxe CAM |
| | Luxe Living Design, LLC | C-420917 | 9/1/2025 | 48,209.00 | 0.00 | 146,699.00 | CAM - Estimate (09/2025) |
| | Luxe Living Design, LLC | C-420918 | 9/1/2025 | 212,097.00 | 0.00 | 358,796.00 | Rent Industrial (09/2025) |
| | Luxe Living Design, LLC | C-420919 | 9/1/2025 | 20,292.00 | 0.00 | 379,088.00 | Real Estate Taxes Estimate (09/2025) |
| | Luxe Living Design, LLC | R-389516 | 9/8/2025 | 0.00 | -212,097.00 | 166,991.00 | Luxe Sept Rent |
| | Luxe Living Design, LLC | R-389517 | 9/8/2025 | 0.00 | -20,292.00 | 146,699.00 | Luxe Sept RET |
| | Luxe Living Design, LLC | R-389518 | 9/8/2025 | 0.00 | -36,611.00 | 110,088.00 | Luxe CAM |
| | Luxe Living Design, LLC | C-427673 | 10/1/2025 | 48,209.00 | 0.00 | 158,297.00 | CAM - Estimate (10/2025) |
| | Luxe Living Design, LLC | C-427674 | 10/1/2025 | 212,097.00 | 0.00 | 370,394.00 | Rent Industrial (10/2025) |
| | Luxe Living Design, LLC | C-427675 | 10/1/2025 | 20,292.00 | 0.00 | 390,686.00 | Real Estate Taxes Estimate (10/2025) |
| | Luxe Living Design, LLC | R-395300 | 10/7/2025 | 0.00 | -212,097.00 | 178,589.00 | Luxe Oct Rent |
| | Luxe Living Design, LLC | R-395301 | 10/7/2025 | 0.00 | -20,292.00 | 158,297.00 | Luxe RET |
| | Luxe Living Design, LLC | R-395302 | 10/7/2025 | 0.00 | -32,611.00 | 125,686.00 | Luxe CAM |
| | Luxe Living Design, LLC | R-400330 | 10/15/2025 | 0.00 | -800,000.00 | -674,314.00 | |
| | Luxe Living Design, LLC | C-434676 | 10/15/2025 | 800,000.00 | 0.00 | 125,686.00 | Security Deposit |
| | Luxe Living Design, LLC | C-434359 | 11/1/2025 | 48,209.00 | 0.00 | 173,895.00 | CAM - Estimate (11/2025) |
| | Luxe Living Design, LLC | C-434360 | 11/1/2025 | 212,097.00 | 0.00 | 385,992.00 | Rent Industrial (11/2025) |
| | Luxe Living Design, LLC | C-434361 | 11/1/2025 | 20,292.00 | 0.00 | 406,284.00 | Real Estate Taxes Estimate (11/2025) |
| | Luxe Living Design, LLC | R-401311 | 11/6/2025 | 0.00 | -212,097.00 | 194,187.00 | Luxe Nov Rent |
| | Luxe Living Design, LLC | R-401312 | 11/6/2025 | 0.00 | -20,292.00 | 173,895.00 | Luxe RET |
| | Luxe Living Design, LLC | R-401313 | 11/6/2025 | 0.00 | -32,611.00 | 141,284.00 | Luxe CAM |
| | Luxe Living Design, LLC | C-440679 | 12/1/2025 | 48,209.00 | 0.00 | 189,493.00 | CAM - Estimate (12/2025) |
| | Luxe Living Design, LLC | C-440680 | 12/1/2025 | 220,580.88 | 0.00 | 410,073.88 | Rent Industrial (12/2025) ·Revised by ctrl# 440943 |
| | Luxe Living Design, LLC | C-440681 | 12/1/2025 | 20,292.00 | 0.00 | 430,365.88 | Real Estate Taxes Estimate (12/2025) |
| | Luxe Living Design, LLC | C-440942 | 12/1/2025 | 212,097.00 | 0.00 | 642,462.88 | Rent Industrial (12/2025) |
| | Luxe Living Design, LLC | C-440943 | 12/1/2025 | -220,580.88 | 0.00 | 421,882.00 | Reversed Rent Industrial (12/2025) ·Revises charge ctrl# 440680 |
| | Luxe Living Design, LLC | R-406835 | 12/8/2025 | 0.00 | 0.00 | 421,882.00 | |
| | Luxe Living Design, LLC | R-406836 | 12/8/2025 | 0.00 | -212,097.00 | 209,785.00 | Luxe Rent |
| | Luxe Living Design, LLC | R-406837 | 12/8/2025 | 0.00 | -20,292.00 | 189,493.00 | Luxe RET |

PPREF 000669

DB Caption: live 01/20/2018  Property: 1735ja  Tenant: t0002635  Status: Current, Past, Future  Month From: 03/2025 To  06/2026

| Customer | Tenant | Invoice # | Transaction Date | Charges | Receipts | Balance | Notes |
|---|---|---|---|---|---|---|---|
| | Luxe Living Design, LLC | R-406838 | 12/8/2025 | 0.00 | -32,611.00 | 156,882.00 | Luxe CAM |
| | Luxe Living Design, LLC | C-447112 | 1/1/2026 | 41,190.00 | 0.00 | 198,072.00 | CAM - Estimate (01/2026) |
| | Luxe Living Design, LLC | C-447113 | 1/1/2026 | 212,097.00 | 0.00 | 410,169.00 | Rent Industrial (01/2026) |
| | Luxe Living Design, LLC | C-447114 | 1/1/2026 | 22,670.00 | 0.00 | 432,839.00 | Real Estate Taxes Estimate (01/2026) |
| | Luxe Living Design, LLC | R-412846 | 1/7/2026 | 0.00 | -212,097.00 | 220,742.00 | Luxe Jen Rent |
| | Luxe Living Design, LLC | R-412847 | 1/7/2026 | 0.00 | -22,670.00 | 198,072.00 | Luxe Jan RET |
| | Luxe Living Design, LLC | R-412848 | 1/7/2026 | 0.00 | -30,233.00 | 167,839.00 | Luxe Jan CAM |
| | Luxe Living Design, LLC | C-452266 | 1/22/2026 | 5,803.00 | 0.00 | 173,642.00 | CAM - Estimate (01/2026) - 2026 estimate is 46,993 monthly |
| | Luxe Living Design, LLC | C-453678 | 2/1/2026 | 46,993.00 | 0.00 | 220,635.00 | CAM - Estimate (02/2026) |
| | Luxe Living Design, LLC | C-453679 | 2/1/2026 | 212,097.00 | 0.00 | 432,732.00 | Rent Industrial (02/2026) |
| | Luxe Living Design, LLC | C-453680 | 2/1/2026 | 22,670.00 | 0.00 | 455,402.00 | Real Estate Taxes Estimate (02/2026) |
| | Luxe Living Design, LLC | R-419204 | 2/6/2026 | 0.00 | -212,097.00 | 243,305.00 | Luxe Feb Rent |
| | Luxe Living Design, LLC | R-419205 | 2/6/2026 | 0.00 | -22,670.00 | 220,635.00 | Luxe Feb RET |
| | Luxe Living Design, LLC | R-419206 | 2/6/2026 | 0.00 | -30,233.00 | 190,402.00 | Luxe Feb CAM |
| | Luxe Living Design, LLC | C-459800 | 3/1/2026 | 46,993.00 | 0.00 | 237,395.00 | CAM - Estimate (03/2026) |
| | Luxe Living Design, LLC | C-459801 | 3/1/2026 | 95,785.74 | 0.00 | 333,180.74 | Rent Industrial (03/2026) |
| | Luxe Living Design, LLC | C-459802 | 3/1/2026 | 120,963.71 | 0.00 | 454,144.45 | Rent Industrial (03/2026) |
| | Luxe Living Design, LLC | C-459803 | 3/1/2026 | 22,670.00 | 0.00 | 476,814.45 | Real Estate Taxes Estimate (03/2026) |
| | Luxe Living Design, LLC | R-424979 | 3/9/2026 | 0.00 | -216,749.45 | 260,065.00 | Luxe March Rent |
| | Luxe Living Design, LLC | R-424980 | 3/9/2026 | 0.00 | -22,670.00 | 237,395.00 | Luxe RET |
| | Luxe Living Design, LLC | R-424981 | 3/9/2026 | 0.00 | -25,580.55 | 211,814.45 | Luxe CAM |
| | Luxe Living Design, LLC | R-427905 | 3/19/2026 | 0.00 | -4,651.00 | 207,163.45 | Luxe Additional Payment (CAM) |
| | Luxe Living Design, LLC | R-428070 | 3/24/2026 | 0.00 | 0.00 | 207,163.45 | |
| | Luxe Living Design, LLC | R-428071 | 3/24/2026 | 0.00 | 0.00 | 207,163.45 | |
| | Luxe Living Design, LLC | C-467080 | 4/1/2026 | -60,888.20 | 0.00 | 146,275.25 | 2025 CAM True Up |
| | Luxe Living Design, LLC | C-467081 | 4/1/2026 | 8,996.50 | 0.00 | 155,271.75 | 2025 RET True Up |
| | Luxe Living Design, LLC | C-467082 | 4/1/2026 | -12,836.39 | 0.00 | 142,435.36 | 2026 Q1 CAM True Up |
| | Luxe Living Design, LLC | C-467083 | 4/1/2026 | -3,362.31 | 0.00 | 139,073.05 | 2026 Q1 RET True Up |
| | Luxe Living Design, LLC | C-467088 | 4/1/2026 | 17,040.55 | 0.00 | 156,113.60 | Electric 01.25.2026-02.24.2026 |
| | Luxe Living Design, LLC | C-467089 | 4/1/2026 | 21,622.98 | 0.00 | 177,736.58 | Gas 02.11.2026-03.12.2026 |
| | Luxe Living Design, LLC | C-467093 | 4/1/2026 | 8,483.88 | 0.00 | 186,220.46 | Rent Industrial (12/2025) |
| | Luxe Living Design, LLC | C-467094 | 4/1/2026 | 8,483.88 | 0.00 | 194,704.34 | Rent Industrial (01/2026) |
| | Luxe Living Design, LLC | C-467095 | 4/1/2026 | 8,483.88 | 0.00 | 203,188.22 | Rent Industrial (02/2026) |
| | Luxe Living Design, LLC | C-467096 | 4/1/2026 | 3,831.43 | 0.00 | 207,019.65 | Rent Industrial (03/2026) |
| | Luxe Living Design, LLC | C-467100 | 4/1/2026 | 30,294.00 | 0.00 | 237,313.65 | CAM - Estimate (04/2026) |
| | Luxe Living Design, LLC | C-467101 | 4/1/2026 | 220,580.88 | 0.00 | 457,894.53 | Rent Industrial (04/2026) |
| | Luxe Living Design, LLC | C-467102 | 4/1/2026 | 22,670.00 | 0.00 | 480,564.53 | Real Estate Taxes Estimate (04/2026) |
| | Luxe Living Design, LLC | R-431342 | 4/7/2026 | 0.00 | -220,580.88 | 259,983.65 | Luxe April Rent |
| | Luxe Living Design, LLC | R-431343 | 4/7/2026 | 0.00 | -22,670.00 | 237,313.65 | Luxe April RET |
| | Luxe Living Design, LLC | R-431345 | 4/7/2026 | 0.00 | -30,293.12 | 207,020.53 | Luxe April CAM |
| | Luxe Living Design, LLC | C-474555 | 5/1/2026 | 12,947.03 | 0.00 | 219,967.56 | Electric 02.25.2026-03.25.2026 |
| | Luxe Living Design, LLC | C-474556 | 5/1/2026 | 7,531.47 | 0.00 | 227,499.03 | Gas 03.13.2026-04.13.2026 |
| | Luxe Living Design, LLC | C-474560 | 5/1/2026 | 30,294.00 | 0.00 | 257,793.03 | CAM - Estimate (05/2026) |
| | Luxe Living Design, LLC | C-474561 | 5/1/2026 | 220,580.88 | 0.00 | 478,373.91 | Rent Industrial (05/2026) |
| | Luxe Living Design, LLC | C-474562 | 5/1/2026 | 22,670.00 | 0.00 | 501,043.91 | Real Estate Taxes Estimate (05/2026) |
| | Luxe Living Design, LLC | R-437898 | 5/8/2026 | 0.00 | -220,580.88 | 280,463.03 | Luxe May Rent |
| | Luxe Living Design, LLC | R-437899 | 5/8/2026 | 0.00 | -22,670.00 | 257,793.03 | Luxe May RET |
| | Luxe Living Design, LLC | R-437901 | 5/8/2026 | 0.00 | -20,478.12 | 237,314.91 | Luxe May Gas + Electric |
| | Luxe Living Design, LLC | R-437902 | 5/8/2026 | 0.00 | -30,294.00 | 207,020.91 | Luxe May CAM |
| | Luxe Living Design, LLC | C-482289 | 6/1/2026 | 15,056.57 | 0.00 | 222,077.48 | Electric 03.26.2026-04.24.2026 |
| | Luxe Living Design, LLC | C-482290 | 6/1/2026 | 2,616.67 | 0.00 | 224,694.15 | Gas 04.13.2026-05.12.2026 |
| | Luxe Living Design, LLC | C-482298 | 6/1/2026 | 30,294.00 | 0.00 | 254,988.15 | CAM - Estimate (06/2026) |
| | Luxe Living Design, LLC | C-482299 | 6/1/2026 | 220,580.88 | 0.00 | 475,569.03 | Rent Industrial (06/2026) |
| | Luxe Living Design, LLC | C-482300 | 6/1/2026 | 22,670.00 | 0.00 | 498,239.03 | Real Estate Taxes Estimate (06/2026) |
| | Luxe Living Design, LLC | R-444820 | 6/8/2026 | 0.00 | -220,580.88 | 277,658.15 | Luxe June Rent |
| | Luxe Living Design, LLC | R-444821 | 6/8/2026 | 0.00 | -15,056.57 | 262,601.58 | Luxe Electric 03.26.2026-04.24.2026 |
| | Luxe Living Design, LLC | R-444822 | 6/8/2026 | 0.00 | -2,616.67 | 259,984.91 | Luxe Gas 04.13.2026-05.12.2026 |
| | Luxe Living Design, LLC | R-444824 | 6/8/2026 | 0.00 | -30,294.00 | 229,690.91 | Luxe June CAM |
| | Luxe Living Design, LLC | R-444826 | 6/8/2026 | 0.00 | -22,670.00 | 207,020.91 | Luxe June RET |
| | Luxe Living Design, LLC | R-444828 | 6/8/2026 | 0.00 | -0.12 | 207,020.79 | Luxe payment |

PPREF 000670

DB Caption: live 01/20/2018   Property: 1735ja   Tenant: t0002635   Status: Current, Past, Future   Month From: 03/2025  To  06/2026

| Customer | Tenant | Invoice # | Transaction Date | Charges | Receipts | Balance | Notes |
|----------|--------|-----------|------------------|---------|----------|---------|-------|
| | Luxe Living Design, LLC | | | 5,033,957.03 | -4,826,936.24 | 207,020.79 | |
| | | | | 5,033,957.03 | -4,826,936.24 | 207,020.79 | |
| | | | | 5,033,957.03 | -4,826,936.24 | 207,020.79 | |

PPREF 000671