AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the

District of New Jersey

| | | |
|---|---|---|
| 1735 Jersey Ave LLC and PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No.   3:24-cv-06168-MAS-JTQ |
| Luxe Living Design, LLC and Chaim S. Treitel | ) | |
| _Defendant_ | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, 1735 Jersey Ave LLC

Date:      06/23/2026

_Attorney's signature_

Meredith E. Millman/ 489482025
_Printed name and bar number_

Clark Guldin Attorneys at Law
20 Church St., Suite 15
Montclair, NJ 07042

_Address_

mmillman@clarkguldin.com
_E-mail address_

(973) 314-1985
_Telephone number_

(973) 707-7631
_FAX number_