# EXHIBIT B

**Outlook**

## Re: Joe Saadia Depo -- PPREF/1735 Jersey Ave/Luxe Living

**From** Ilana Neufeld <ineufeld@twerskylaw.com>

**Date** Thu 5/21/2026 4:14 PM

**To** Kravitz, R. James <RKravitz@foxrothschild.com>

**Cc** Penina Gershbaum <pgershbaum@twerskylaw.com>; Jonathan Ozarow <jozarow@clarkguldin.com>; Aaron Twersky <atwersky@twerskylaw.com>; Meredith Millman <mmillman@clarkguldin.com>

📎 3 attachments (2 MB)

Post Depo Responses - 05.21.2026.pdf; Bates 1238-1241.pdf; North Brunswick Indust. v Luxe Living Priv Log.csv;

Jim,

Please see attached responses to your post-deposition demands following Chaim Treitel's deposition. Regarding your post-deposition demands following Sherzod Turdiev's deposition, please confirm we can have until June 2, 2026 to respond.
Your letter gave us seven days, which is not practical especially considering the Jewish holiday of Shavuot begins tonight at sundown and due to Memorial Day weekend.

Thank you,

Ilana

Ilana Neufeld, Esq.
(212) 425-0149
ineufeld@twerskylaw.com

 TWERSKY PLLC

747 Third Avenue, 32nd Floor
New York, New York 10017

*****************************************************************************
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
*****************************************************************************

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
=======================================================================