# EXHIBIT A

| | |
|---|---|
| **From:** | Aaron Twersky <atwersky@twerskylaw.com> |
| **Sent:** | Wednesday, June 4, 2025 4:10 PM |
| **To:** | Kravitz, R. James; Barbet, Brittany M. |
| **Cc:** | Ilana Neufeld; Penina Gershbaum |
| **Subject:** | [EXT] Fw: Damages Calculation -- 1735 Jersey Ave LLC v. Luxe Living Design LLC |
| **Attachments:** | DAMAGES CALCULATION - 03.17.2025.xlsx |

Jim,

See below and attached.
Just making sure you have this spreadsheet, as well as several others that were provided in mid March to Jonathan Ozarow, relating to our damages claims from the leaking roof and the illegal lockout.
In order to have a productive settlement conversation, it is important that you understand my client's position relating to the damages we have incurred.

Please review this and call me if you want to discuss it.


---
Aaron Twersky, Esq.
(212) 425-0149 (Office)
(917) 992-0657 (Cell)
atwersky@twerskylaw.com


 TWERSKY PLLC

**747 Third Avenue, 32nd Floor**
**New York, New York 10017**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


Long Island Office:
366 Pearsall Avenue, Suite 1
Cedarhurst, New York 11516

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
==============================================================================

**From:** Aaron Twersky
**Sent:** Monday, March 17, 2025 8:03 PM
**To:** Jonathan Ozarow
**Cc:** Penina Gershbaum ; frischa@avifrischlaw.com ; Ilana Neufeld
**Subject:** Damages Calculation -- 1735 Jersey Ave LLC v. Luxe Living Design LLC
Jonathan,

Attached is a spreadsheet with our client's damages relating to the litigation, and the related lock-out.

This is still subject to some modification, as our client is gathering some more information.
I intend on sending you further supporting documentation tomorrow relating to these figures.

Chaim Treitel and I, as well as Penina Gershbaum from my office, intend on participating on Thursday's in-person meeting.
Please confirm with your client that they have access to a second conference room so we can go to a break-out room as the talks develop.

AT
---
Aaron Twersky, Esq.
(212) 425-0149 (Office)
(917) 992-0657 (Cell)
atwersky@twerskylaw.com

 TWERSKY PLLC

**747 Third Avenue, 32nd Floor**
**New York, New York 10017**
********************************************************************************
**PLEASE CALL THE OFFICE TO CONFIRM WIRE INFORMATION.**
********************************************************************************

Long Island Office:
366 Pearsall Avenue, Suite 1
Cedarhurst, New York 11516

NOTICE

This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. Thank you.
========================================================================