

**CLARK GULDIN**
ATTORNEYS AT LAW

**jozarow@clarkguldin.com**
*Reply to: MONTCLAIR*
*Direct Dial: 973-604-3200*

July 27, 2026

**VIA PACER**

Honorable Justin T. Quinn, U.S.M.J.
United States District Court
 for the District of New Jersey
402 East State Street
Trenton, NJ  08608

> Re:    ***1735 Jersey Ave LLC v. Luxe Living Design, LLC, et al.***
> **Case No. 3:24-cv-06168-MAS-JTQ**
>
> ***1735 Jersey Ave LLC v. Luxe Living Design, LLC***
> **Civil Action No. 3:24-cv-06175-MAS-JTQ**

Dear Magistrate Judge Quinn:

This firm represents 1735 Jersey Ave LLC ("Jersey") in the above-referenced actions.  We write further to Your Honor's July 14, 2026 Order concerning the appointment of a Special Master.  (ECF 122.)  Specifically, we write to advise the Court that Jersey is insolvent and, on that basis, objecting to the appointment of a Special Master.[1]

Jersey is a special purpose entity that was created to own the real property located at 1735 Jersey Avenue, North Brunswick, New Jersey (the "Property").  The Property: (i) was subject to a mortgage; and (ii) served as security for additional loans that were cross-collateralized.  The lender for all the aforementioned loans was Valley National Bank ("Valley").  As this Court is aware, in or about March 2025, Jersey conveyed the Property to PPREF/TP North Brunswick Industrial LLC.  Following payment of Jersey's then outstanding obligations and attendant sale expenses (such as brokerage commissions), Valley received all sales proceeds from the Jersey's disposition of the Property in partial satisfaction of Jersey's obligations to Valley.

---

[1] Due to this insolvency, Jersey is unable to pay ongoing legal expenses incurred in connection with this action.  Accordingly, a motion seeking leave to withdraw as counsel is forthcoming.

Honorable Justin T. Quinn, U.S.M.J.                                          July 27, 2026
Page 2

Jersey does not have the financial wherewithal to pay the anticipated fees for a Special Master.[2]  And, on that basis (and solely on that basis), Jersey objects to the appointment of a Special Master.

Thank you for your attention to this matter.

Respectfully submitted,

Jonathan A. Ozarow

cc:      Counsel of Record (via PACER)

---

[2] For related reasons, the undersigned shall be filing a motion to withdraw as counsel in short order.

{00135186 - 1}