**CLARK GULDIN**
Attorneys At Law
20 Church Street
Montclair, New Jersey 07042
973.707.5346
*Attorneys for Plaintiff*
*1735 Jersey Ave LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| 1735 JERSEY AVE LLC and PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC as assignee of 1735 JERSEY AVE LLC, <br><br> Plaintiff, <br> v. <br><br> LUXE LIVING DESIGN, LLC and CHAIM TREITEL, <br><br> Defendants. | **HON. MICHAEL A. SHIPP, U.S.D.J.,** <br> **HON. JUSTIN T. QUINN, U.S.M.J.** <br><br> **CIVIL ACTION NO. 3:24-cv-06168 (MAS) (JTQ)** <br><br> **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

**PLEASE TAKE NOTICE**, that the undersigned, attorneys for plaintiff 1735 Jersey Ave LLC, hereby respectfully moves this Court for leave to withdraw as counsel of record pursuant to Local Civil Rule 102.1. For the reasons stated in the Declaration attached, we ask this Court to make a finding on the papers. A proposed form of Order is also attached.

Dated: July 31, 2026

**CLARK GULDIN**
**Attorneys at Law**
*Attorneys for Plaintiff*
*1735 Jersey Ave LLC*

By:_____
 Jonathan A. Ozarow, Esq.
20 Church Street—Suite 15
Montclair, New Jersey 07042
973.604.3200
973.604.3201 (Fax)