**CLARK GULDIN**
Attorneys At Law
20 Church Street
Montclair, New Jersey 07042
973.707.5346
*Attorneys for Plaintiff*
*1735 Jersey Ave LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| 1735 JERSEY AVE LLC and PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC as assignee of 1735 JERSEY AVE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC and CHAIM TREITEL,<br><br>Defendants. | **HON. MICHAEL A. SHIPP, U.S.D.J.,**<br>**HON. JUSTIN T. QUINN, U.S.M.J.**<br><br>**CIVIL ACTION NO. 3:24-cv-06168 (MAS) (JTQ)**<br><br>**[PROPOSED] ORDER** |

**THIS MATTER** having been brought to the Court on motion by Clark Guldin Attorneys at Law to withdraw as counsel for record for Plaintiff, 1735 Jersey Ave LLC ("Jersey"); and it appearing to the Court for good cause having been shown,

**IT IS** on this _____ day of _____ 2026, **ORDERED** as follows:

1.      Clark Guldin Attorneys at Law are hereby withdrawn as counsel of record on behalf of Jersey upon the condition that Clark Guldin Attorneys at Law serve a copy of this Order by email and recognize overnight courier upon Jersey within _____ days of the date hereof.

_____
HON. JUSTIN T. QUINN, U.S.M.J.

**DOCUMENT ID:** 329464