**CLARK GULDIN**
Attorneys At Law
20 Church Street
Montclair, New Jersey 07042
973.707.5346
*Attorneys for Plaintiff*
*1735 Jersey Ave LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| 1735 JERSEY AVE LLC and PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC as assignee of 1735 JERSEY AVE LLC, <br><br> Plaintiff, <br><br> v. <br><br> LUXE LIVING DESIGN, LLC and CHAIM TREITEL, <br><br> Defendant. | **HON. MICHAEL A. SHIPP, U.S.D.J.,** <br> **HON. JUSTIN T. QUINN, U.S.M.J.** <br><br> **CIVIL ACTION NO. 3:24-cv-06168 (MAS) (JTQ)** <br><br> **CERTIFICATION OF SERVICE** |

JONATHAN A. OZAROW, hereby certify under penalties of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a member of Clark Guldin Attorneys at Law, attorneys for Plaintiff, 1735 Jersey Ave LLC ("Jersey").

2.      On July 31, 2026, a true and accurate copy of Jersey's Notice of Motion to Withdraw as Counsel, Declaration of Jonathan A. Ozarow, Esq., Proposed Order, and this Certification of Service were electronically filed with the Court and served via ECF on all counsel.

3.      On July 31, 2026, a true and accurate copy of Jersey's Notice of Motion to Withdraw as Counsel, Declaration of Jonathan A. Ozarow, Esq., Proposed Order, and this Certification of Service were sent via Federal Express Overnight Mail to the following:

1735 Jersey Ave LLC
284 Madison Ave., 4th Floor
New York, NY 10017

DOCUMENT ID: 330829

4.      Pursuant to 28 U.S.C. § 1746 and Fed. R. Civ. P. 11, I hereby certify that the foregoing is true and correct.

Dated: July 31, 2026                     By:_____
                                         Jonathan A. Ozarow, Esq.