August 18, 2026

**VIA ECF**

Hon. Justin T. Quinn, U.S.M.J.
United States District Court District of New Jersey
402 E. State Street
Trenton, New Jersey 08609

**Re: PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC**
**Civil Action No.: 3:24-cv-06175-MAS-JTQ**

**1735 Jersey Ave LLC and PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC, et al.**
**Civil Action No.: 3:24-cv-06168-MAS-JTQ**

Dear Judge Quinn:

Pursuant to Your Honor's Text Order, dated August 11, 2026 (06168 No. 129; 06175 No. 134), this joint letter is submitted by PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC ("PPREF"), 1735 Jersey Ave LLC ("1735 Jersey"), and Defendants Luxe Living Design, LLC and Chaim S. Treitel (collectively "Luxe Living" or "Defendants"), the following motions are pending:

1. Luxe Living's Motion for Protective Order and PPREF Opposition/Cross-Motion to Compel (06168 ECF Nos. 100-101; 06175 ECF Nos. 105-106)
2. Luxe Living's Motion for a 90-day Discovery Extension and PPREF Objection/1735 Jersey Objection (06168 ECF Nos. 114-116; 06175 ECF Nos. 125-126);
3. PPREF's Motion for Sanctions against Defendants for Noncompliance with Court Orders and Defendants' Objection (06168 ECF Nos. 117, 119, 120; 06175 ECF Nos. 127-129)
4. PPREF Request for a Dispositive Motion Briefing Schedule (06168 ECF No. 128; 06175 ECF No. 133);

5. PPREF's Motion to Dismiss Eviction Action and Defendants' opposition, pending before Judge Shipp (016175 ECF Nos. 114, 123 and 124);
6. 1735 Jersey's Motion to Compel Defendants' discovery responses and Defendants' Objection/Cross-Motion for Protective Order (06168 ECF No. 110 and 112).

Respectfully submitted,

**FOX ROTHSCHILD LLP**
*Attorneys for PPREF/TP North Brunswick Industrial LLC*

By: *<u>/s/ Brittany Barbet</u>*
Brittany M. Barbet, Esq.

**CLARK GULDIN ATTORNEYS AT LAW**
*Attorneys for 1735 Jersey Ave LLC*

By: *<u>/s/ Jonathan Ozarow</u>*
Jonathan A. Ozarow, Esq.

**TWERSKY PLLC**
*Attorneys for Luxe Living Design, LLC*
*and Chaim S. Treitel*

By: *<u>/s/ Aaron Twersky</u>*
Aaron Twersky, Esq.