**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| 1735 JERSEY AVE LLC and PPREF/TP NORTH BRUNSWICK INDUSTRIAL LLC, as assignee of 1735 JERSEY AVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>LUXE LIVING DESIGN, LLC and CHAIM TREITEL<br><br>Defendant. | Civil Action No.: 3:24-cv-06168-MAS-JTQ<br><br>**SUBSTITUTION OF COUNSEL** |

To: Melissa E. Rhoads, Esq.
Clerk of Court
U.S. District Court District of New Jersey
402 East State Street Room 2020
Trenton, NJ 08608

**PLEASE TAKE NOTICE**, that, pursuant to Local Civil Rule 102.1, Jonathan A. Ozarow, Meredith Millman, and Clark Gludin, hereby withdraw as counsel for 1735 Jersey Ave LLC and R. James Kravitz, Brittany M. Barbet, and Fox Rothschild LLP, hereby enter their appearance for 1735 Jersey Ave LLC.

Dated: October 7, 2026

**FOX ROTHSCHILD LLP**

By: *_/s/ R. James Kravitz_*
R. James Kravitz, Esq.
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Tel.: 609-896-3600
Email: RKravitz@foxrothschild.com

**CLARK GULDIN**

By: *_/s/ Jonathan Ozarow_*
Jonathan A. Ozarow, Esq.
20 Church Street, Suite 15
Montclair, NJ 07042
Tel: 973-604-3200
Email: JOzarow@clarkguldin.com