Fox Rothschild
Mail: P. O. Box 5231, Princeton, NJ 08543-5231
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Tel (609) 896-3600 Fax (609) 896-1469
www.foxrothschild.com

R. JAMES KRAVITZ
Direct No: 609.895.3316
Email: RKravitz@FoxRothschild.com
Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

October 7, 2026

***VIA ECF***
Hon. Justin T. Quinn, U.S.M.J.
United States District Court District of New Jersey
402 E. State Street
Trenton, New Jersey 08609

**Re: 1735 Jersey Ave LLC and PPREF/TP North Brunswick Industrial LLC, as assignee of 1735 Jersey Ave LLC vs. Luxe Living Design, LLC, et al.**
**Civil Action No.: 3:24-cv-06168-MAS-JTQ**

Dear Judge Quinn:

We now represent 1735 Jersey Ave LLC, as well as PPREF/TP North Brunswick Industrial LLC, in the above-referenced matter. (ECF Document 132). Accordingly, the motion by our predecessor (the law firm of Clark Gludin) seeking leave to withdraw is now moot.

Respectfully submitted,

*/s/ R. James Kravitz*

R. James Kravitz, Esq.

cc: All Parties of Record (*via ECF*)
Jonathan A. Ozarow, Esq. (*via email only*)